AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF KENTUCKY

FILED
VANESSA L. ARMSTRONG, CLERK
AUG 2 4 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Case No. 3:20-MJ-603-RSE |
| ) | |
| **CURTIS LEE BRADLEY** ) | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

In or about and between July 2018 and November 2018 and in the county of Jefferson in the Western District of Kentucky, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Production of Child Pornography |
| 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2) | Possession of Materials Containing Child Pornography |

This criminal complaint is based on these facts:

*See* attached affidavit.

X     Continued on the attached sheet

_____
Kay Brose, Special Agent Homeland Security Investigations

Sworn to before me and signed in my presence.

Date: August 24, 2020

_____
Hon. Magistrate Regina S. Edwards

City and State: Louisville, Kentucky

CCT *(AUSA initials)*



## AFFIDAVIT

I, Kay Brose, having been first duly sworn, do hereby depose and state as follows:

### I. INTRODUCTION

1. I am a Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and have been employed so since January 2019.

2. Prior to HSI, I worked as a Special Agent for the United States Secret Service (USSS) from 2017-2019. Prior to that, I worked as a police officer for the Indiana Gaming Commission (IGC) from 2011-2017.

3. As a Special Agent with HSI, I am authorized to investigate crimes involving violations of federal law, including the sexual exploitation of children and, more specifically, the production, receipt, distribution, possession and accessing with intent to view child pornography. *See* 18 U.S.C. §§ 2251, *et seq.* I have received training and assisted other Special Agents with investigations in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

### II. PURPOSE STATEMENT

4. The purpose of this affidavit is to obtain an arrest warrant for Curtis Lee BRADLEY for violations of 18 U.S.C. §§ 2251(a) and (e) (production of child pornography) and 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2) (possession of materials containing child pornography).

5. I have not included every fact known to me concerning this investigation and have set forth only those facts that I believe are necessary to establish probable cause to believe that BRADLEY violated federal child exploitation law.

1

### III. SOURCES OF INFORMATION

6. The information contained in this affidavit is based on my personal observations, experience, training and information provided to me by other law enforcement officials.

### IV. PROBABLE CAUSE

7. On July 31, 2019, Louisville Metro Police Department (LMPD) Detective Kris Pedigo filed a Criminal Complaint with the Jefferson County District Court (Case# 8019054927 Warrant# E05610003552059) against Curtis L. BRADLEY. Among other things, the Complaint detailed that from July 27, 2016 through July 27, 2019, in Jefferson County, Kentucky, BRADLEY sexually assaulted Jane Doe 1, a minor, more than 100 times.

8. According to the Criminal Complaint, the most recent of these sexual assaults occurred on July 27, 2019. During the particular incident on July 27, 2019, another adult transported Jane Doe 1 to BRADLEY's house located at 3407 Deibel Way, Louisville, Kentucky, 40220. Once inside, Jane Doe 1 was taken was taken to BRADLEY's bedroom where she was forced to undress while BRADLEY took photos and recorded images of sexually explicit conduct.

9. As a part of the LMPD investigation, multiple search warrants were executed resulting in the collection of numerous digital devices. For example, on July 30, 2019, LMPD officers executed a search warrant at BRADLEY's Deibel Way residence. During the search, law enforcement officers discovered two WIFI video cameras, including a black WIFI video camera MAGINON IPC-30 FHD (the "Maginon camera") located in BRADLEY's bedroom. At the time it was found, the Maginon camera was located on top of the nightstand next to the bed.

10. After the evidence was seized and processed, LMPD Detective Pedigo obtained an additional search warrant to review the information from the two WIFI cameras, including but not limited to photographs and videos, as well as other digital information maintained on the internal

(but removable) storage devices on these cameras. While reviewing the information collected from the digital devices, Detective Pedigo located multiple video clips of sexually explicit conduct involving BRADLEY and Jane Doe 1. Detective Pedigo found the video clips on a MIN SD CARD located within the Maginon camera.

11. On August 15, 2020, a federal search warrant was obtained to search and forensically examine the MIN SD CARD from the Maginon camera, along with several other SD Cards and thumb drives found in BRADLEY's bedroom. On August 17, 2020, law enforcement officials executed the warrant and reviewed the MIN SD CARD from the Maginon camera. HSI agents discovered that the SD card contained numerous video clips of BRADLEY's bedroom, including a significant number of video clips that contained sexually explicit conduct involving BRADLEY and Jane Doe 1 dated from the time period of July through November 2018. A sampling of the videos affiant observed are described as follows:[1]:

    a. **Video 20180724113209_MOTION – 24 July 2018 [11:32:09 hours]:** The video clip is 59 seconds long. It shows ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ BRADLEY has an electronic device, which appears to be a cell phone, in his hands ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

    b. **Video 20180806142202_MOTION – 6 August 2018 [14:22:02 hours]:** This video is 58 seconds long and shows  while he is holding a cell phone in his hands. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ manipulates the cell phone with his hands. BRADLEY takes several pictures of Jane Doe 1 as at least three different flashes can be seen on the video. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

---

[1] Screen captures from the videos have been shown to the reviewing Magistrate Judge and will be maintained in a secure manner by Affiant.

3

    c.    **Video 20181101205140_MANUAL – 1 November 2018 [20:51:40 hours]:** This video is 4 minutes 57 seconds in length and shows ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ BRADLEY is holding a cell phone in his left hand and is manipulating it with his right hand while aimed directly toward Jane Doe 1. At approximately 18 seconds into the video, BRADLEY answers his cell phone and places it on his left ear. BRADLEY engaged in a phone conversation with an unknown party. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

12.    In addition to the video clips detailed above, your affiant also observed the following two video clips relevant to BRADLEY's operation of the Maginon camera:

    a.    **Video 20180811195255_MOTION – 11 August 2018 [19:52:55 hours]:** This video is 41 seconds in length and is taken from a different location in the bedroom. The video shows that the video camera has been placed close to the ground, next to the bed and aimed at the door. BRADLEY's left lower leg can be seen while he is sitting on the bed. Approximately 20 seconds into the video, BRADLEY can be seen picking up the camera, looking directly at the lens capturing the video recording and then placing the camera in yet another location and position within the bedroom.

    b.    **Video 20180812015500_MANUAL – 12 August 2018 [01:55:00 hours]:** This video is 3 seconds in length and shows BRADLEY sitting shirtless and in close proximity in front of the camera. BRADLEY is holding the camera in his left hand. Additionally, the angle as well as the background are different from the other previous videos that showed a stationary view of the side of the bed. This short video clip shows the view angled more towards the ceiling and aimed at BRADLEY's face.

13.    Your affiant knows from independent research that Maginon WIFI cameras are not manufactured in the Commonwealth of Kentucky. Additionally, independent research further reflects that no cellular telephones are manufactured in the Commonwealth of Kentucky.

4

## V. CONCLUSION

14. Based on the foregoing, there is probable cause to believe that while in the Western District of Kentucky, Jefferson County, Kentucky, Curtis Lee BRADLEY engaged in the following:

a. In or about and between July and November 2018, knowingly used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct as that term is defined in 18 U.S.C. § 2256(2)(A) for the purpose of producing visual depictions of such conduct using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means in violation of 18 U.S.C. §§ 2251(a) and 2251(e); and

b. On or about July 30, 2019, knowingly possessed child pornography, as that term is defined in 18 U.S.C. §2256(8)(A), in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

Respectfully submitted,

Kay Brose
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me
on August 24, 2020:

UNITED STATES MAGISTRATE JUDGE