UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL NO. 3:20-MJ-603-RSE |
| CURTIS LEE BRADLEY<br>INMATE NUMBER 296926 | DEFENDANT |

WRIT OF HABEAS CORPUS
AD PROSEQUENDUM
*Electronically Filed*

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF KENTUCKY, AND THE DIRECTOR OF THE LOUISVILLE METRO DEPARTMENT OF CORRECTIONS, GREETINGS:

We command that you have the body of Curtis Lee Bradley, now detained in the Louisville Metro Department of Corrections, Louisville, Kentucky, under your custody as it is said, under safe and secure conduct on or before the 14th of December, 2020, at Louisville, Kentucky, by 9:30a.m, for appearance before the Judge of our Magistrate Court within and for the District aforesaid, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, charges against him now pending in this Court, and after conclusion of said cause, that you return him to the said Louisville Metro Department of Corrections, Louisville, Kentucky, under safe and secure conduct, and have you then and there this writ.

cc: United States Attorney (CCT)
Counsel for Defendant
United States Marshal