# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                    **PLAINTIFF**

**VS.**                                                         **CRIMINAL ACTION NUMBER: 3:20-MJ-603**

**CURTIS LEE BRADLEY**                                                                           **DEFENDANT**

## ORDER

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on December 16, 2020 to conduct a preliminary hearing.

APPEARANCES

| | |
|---|---|
| For the United States: | Christopher C. Tieke, Assistant United States Attorney |
| For the defendant: | Defendant Curtis Lee Bradley - Present and in custody<br>Armand I. Judah, appointed - Present |
| Court Reporter: | Digitally recorded |

The defendant, through counsel, having waived his right to a preliminary hearing on the record,

**IT IS HEREBY ORDERED** that should the Grand Jury return a true bill, this matter will be scheduled for arraignment proceedings by further order.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshal pending further order of the Court.

This 16th day of December, 2020     **ENTERED BY ORDER OF THE COURT:**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
**BY: s/** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
U.S. Probation
Counsel for Defendant

0|05