UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**CURTIS BRADLEY**

INDICTMENT

NO. 3:21CR18-BJB

18 U.S.C. § 2251(a)
18 U.S.C. § 2251(e)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 2253(a)

FILED
JAMES J. VILT, JR. - CLERK
FEB 23 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

The Grand Jury charges:

## COUNT 1
(*Production of Child Pornography*)

On or about July 24, 2018, in the Western District of Kentucky, Jefferson County, Kentucky and elsewhere, the defendant, **CURTIS BRADLEY**, knowingly employed, used, persuaded, induced, enticed, and coerced Jane Doe, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

## COUNT 2
*(Production of Child Pornography)*

On or about August 6, 2018, in the Western District of Kentucky, Jefferson County, Kentucky and elsewhere, the defendant, **CURTIS BRADLEY**, knowingly employed, used, persuaded, induced, enticed, and coerced Jane Doe, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

## COUNT 3
*(Production of Child Pornography)*

On or about November 1, 2018, in the Western District of Kentucky, Jefferson County, Kentucky and elsewhere, the defendant, **CURTIS BRADLEY**, knowingly employed, used, persuaded, induced, enticed, and coerced Jane Doe, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

## COUNT 4
*(Possession of Child Pornography)*

On or about July 31, 2019, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **CURTIS BRADLEY**, knowingly possessed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that involved a minor, and that had been produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE

As a result of committing the offenses in Counts 1 through 4 of this Indictment, the defendant, **CURTIS BRADLEY**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(3), any visual depiction described in Section 2251, and all of the rights, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including but not limited to a black WIFI video camera MAGINON IPC-30 and SIM cards.

A TRUE BILL.

FOREPERSON

_____
MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:CCT/SMZ 2.16.2021

3

UNITED STATES OF AMERICA v. **CURTIS BRADLEY**

## PENALTIES

Counts 1-3: NL 15 yrs./NM 30 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release (each count)
    (with a prior conviction NL 25 yrs./NM 50 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release)
Count 4: NM 10 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
    (with a prior conviction NL 10 yrs./NM 20 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release)
    (mandatory $5,000 assessment per count if the defendant is non-indigent - (18 U.S.C. § 3014 – effective 5/29/2015))
Forfeiture

## **NOTICE**

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

    Misdemeanor:    $ 25 per count/individual    Felony:    $100 per count/individual
                                $125 per count/other                          $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.