IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:21-CR-0018-BJB |
| | ) | |
| CURTIS BRADLEY | ) | |

## MOTION TO APPOINT PSYCHOLOGIST TO PERFORM EVALUATION FOR MITIGATION

Comes the Defendant, Curtis Bradley, by and through counsel, pursuant to 18 U.S.C. §3006A(e)(1), and hereby respectfully moves this Court to enter an Order authorizing and approving the services of a psychologist to perform a forensic psychological evaluation for purposes of mitigation at sentencing. This evaluation would not be used for any purposes relevant to competency.

The Defendant requests the Court to appoint Dr. Dustin Wygant, Ph.D., a licensed clinical psychologist. Dr. Wygant's rate is $250 per hour, and he anticipates that it would take approximately ten (10) hours to complete the evaluation and prepare a report, for an approximate total of $2500. Dr. Wygant would charge an additional amount if he is required to testify at sentencing. Although this funding is in excess of the maximum amount allowed under 18 U.S.C. §3006A(e)(3), the Defendant is seeking the Court to order that the maximum of $2400 be authorized. If it becomes apparent that Dr. Wygant will exceed that amount, the Defendant will move the Court to award additional fees.

1

Based upon the nature and circumstances of the crime, and the fact that the Defendant is facing life imprisonment, it is imperative that a forensic psychological evaluation be performed to assist in determining the underlying factors in the Defendant's history and psychological makeup which led the Defendant to act in the manner he did and, further, to determine if he was able to comprehend the nature and consequences of his actions and his criminal responsibility for this behavior. This can only be explained by a thorough forensic evaluation. This evaluation will not be used in any manner to question his competency. He fully understands the nature of his crime. This is solely for the purpose of demonstrating to the Court any factors which will assist the Court in a reduction in his sentence, based on his psychological history, and family makeup and dynamics, so the Court has a complete and full picture of the Defendant for sentencing.

The Defendant is aware that a Presentence Investigation Report is being prepared for sentencing. However, as diligent as the probation officer may be, it cannot fill in certain gaps in information which may affect the Court's ability to fashion a proper sentence, especially when the Defendant is facing life in prison. Dr. Wygant is more than adequately trained and experienced to perform this evaluation. The services requested are the type that, if the Defendant had been

able to retain private counsel, would have been usual and customary for sentencing, especially when the amount of time faced is this severe.

The Defendant realizes that his best hope is for this Court to have all relevant information for sentencing, and asks the Court to allow resources be expended for that purpose.

The Defendant advises the Court that, due to Dr. Wygant's schedule, he would not be able to begin the evaluation until June 2021. The Defendant is aware of this and waives his right to speedy trial. This time shall be excluded from any calculation of when trial would commence under the Speedy Trial Act.

**WHEREFORE**, based on the foregoing, the Defendant respectfully requests this Court to authorize and approve funding not to exceed $2400.00, exclusive of reimbursement for expenses reasonably incurred, to retain Dr. Wygant for the purpose of performing a forensic psychological evaluation.

                                        Respectfully submitted,

                                        _____/s/ Armand I. Judah_____
                                        Armand I. Judah
                                        Tilford Dobbins & Schmidt PLLC
                                        Counsel for Curtis Bradley
                                        401 W. Main St., Suite 1400
                                        Louisville, KY 40202
                                        (502) 664-9338
                                        ajudah@tilfordlaw.com

## CERTIFICATE OF SERVICE

This certifies that a true copy of the foregoing was filed electronically on the 12th day of April, 2021.

    _/s/ Armand I. Judah__

    Armand I. Judah