# Curriculum Vitae
## Dustin B. Wygant, Ph.D., ABAP

**CONTACT INFORMATION**_____

859.893.7204 phone
859.622.5871 fax
wygant.psychological@gmail.com

**EDUCATION**_____

**Kent State University**, Kent, Ohio

2007   Doctor of Philosophy in Clinical Psychology (APA-Accredited)
Specialization: Assessment Psychology
Dissertation: *Validation of the MMPI-2 Infrequent Somatic Complaints Scale*

2007   Chief Intern, Ohio Psychology Internship, Akron, Ohio
Predoctoral Internship (APA-Accredited)
Forensic Division, Summit Psychological Associates, Inc.

2004   Masters of Arts in Clinical Psychology
Thesis: *Development and Initial Validation of a Scale to Detect Infrequent
Somatic Complaints*

**Miami University**, Oxford, Ohio

2001   Bachelor of Arts in Psychology, *Cum Laude*
Honors Thesis: *Influence of View and Angle Judgment on Spatial Memory Recall*

**LICENSURE**_____

- Licensed Psychologist, Kentucky Board of Psychology (#130771)

- Licensed Psychologist, Ohio State Board of Psychology (#6495)

**ACADEMIC POSITIONS**_____

06/14 – Present      Director of Clinical Training/Program Director (Doctoral Program)
                     Department of Psychology
                     Eastern Kentucky University
                     Richmond, Kentucky

07/18 – Present      Professor (Tenured)
                     Department of Psychology
                     Eastern Kentucky University
                     Richmond, Kentucky

08/13 – 06/18        Associate Professor (Tenured)
                     Department of Psychology
                     Eastern Kentucky University
                     Richmond, Kentucky

05/12 – 06/14        Coordinator, Clinical Psychology Graduate Program
                     Department of Psychology
                     Eastern Kentucky University

08/09 – 07/13        Assistant Professor
                     Department of Psychology
                     Eastern Kentucky University
                     Richmond, Kentucky

08/08 – 05/09        Senior Lecturer
                     Department of Psychology
                     The University of Akron
                     Akron, Ohio

**CERTIFICATIONS**_____

- *Fellow,* American Psychological Association, Division 12 (Society of Clinical Psychology)
- *Diplomate*, American Board of Assessment Psychology
- *Fellow*, American Academy of Assessment Psychology
- *Fellow*, Society for Personality Assessment
- *Proficiency in Personality Assessment*, Society for Personality Assessment

## CLINICAL/FORENSIC EXPERTISE

- Competency to Stand Trial
- Not Guilty by Reason of Insanity
- Violence/Sexual risk assessment
- Medical Malpractice
- Posttraumatic Stress Disorder
- Emotional Disability
- Fitness for Duty
- Pre-employment screening
- Workplace Violence Assessment
- Second Opinion review

- Forensic Psychological Evaluation
- Expert Testimony
- Psychological Testing
- Malingering/Deception
- Psychiatric/Psychological Diagnosis
- Personality Disorders
- Drug and Alcohol abuse
- Miranda waiver
- Presentence/Mitigation
- Juvenile bind-over/Transfer evaluations

## CLINICAL EXPERIENCE

**7/09 – Present**   ***Wygant Psychological, PLLC, Richmond, Kentucky***
- Federal and state cases
- Forensic psychological evaluation & consultation: competency to stand trial, criminal responsibility, medical malpractice, sexual offender/violence risk assessment
- Fitness-for-duty, workplace violence, return to work, and pre-employment evaluations
- Work product review, deposition preparation & case consultation
- Expert testimony

**7/09 – 03/13**   ***University of Cincinnati Division of Forensic Psychiatry, Cincinnati, Ohio***
- Forensic psychological consultation & evaluation: competency to stand trial, juvenile transfer, fitness-for-duty, sexual offender classification/risk assessment
- Expert testimony
- Consultation research

**7/06 – 6/09**   ***Summit Psychological Associates, Inc. Akron, Ohio***
- Setting: group private practice with forensic concentration
- Office Manager: Administrative authority over 11 clinicians (clinical psychologists, psychiatrists, licensed social workers, professional counselors, psychology interns and postdoctoral residents)
- Director of Supervision, *Ohio Psychology Internship*
- Conducted a variety of court-ordered forensic evaluations, including competency to stand trial, criminal responsibility, parental fitness/child custody, presentence, and sexual offender risk assessments

- Conducted pre-employment and fitness-for-duty evaluations for police officers, firefighters, sheriff's deputies, and Akron Metro employees
- Group psychotherapy with sexual offenders, domestic violence offenders, and substance abuse treatment
- Individual psychotherapy
- Conducted competency restoration treatment
- Provided expert testimony in court
- Clinical supervision of pre-doctoral psychology interns and postdoctoral residents

7/05 – 6/06   ***Coleman Professional Services. Kent, Ohio***
- Setting: Community mental health center
- Diagnostic assessments and psychological evaluations
- Crisis intervention/psychiatric emergency services
- Individual psychotherapy
- Group psychotherapy with sexual offenders and crisis residential unit inpatients

6/04 – 7/05   ***Bariatric Assessment, Coleman Professional Services. Kent, Ohio***
- Setting: Pre-surgical evaluations in community mental health center
- Developed program for conducting psychological assessments of bariatric surgery candidates
- Conducted preoperative assessments for bariatric surgeons

6/04 – 7/05   ***Psycho-Diagnostic Clinic. Akron, Ohio***
- Setting: Court psychiatric clinic
- Conducted court-ordered psychological evaluations for treatment in-lieu of conviction, mitigation of sentence, and probation risk assessments
- Psychological testing and psychosocial interviews with defendants evaluated for competency to stand trial, criminal responsibility, and risk assessment

8/03 – 6/04   ***Coleman Professional Services. Kent, Ohio***
- Setting: Advanced psychological assessment practicum at community mental health center
- Conducted a variety of psychological evaluations at an outpatient mental health setting
- Referrals included parental fitness/family reunification, court-ordered presentence evaluations, pre-surgical evaluations, and differential diagnosis

8/02 – 9/04   ***Psychological Clinic, Kent State University. Kent, Ohio***
- Setting: University-based psychology training clinic
- Diagnostic assessments, psychological evaluations
- Long term and brief psychotherapy

**SELECTED HONORS AND AWARDS**_____

| | |
|---|---|
| 1/21 | EKU Chautauqua Lecture: *Diagnosis at the Crossroads: Mental Illness in the 21st Century* |
| 4/19 | *Faculty Leadership Award*, Eastern Kentucky University |
| 3/15 | *Excellence in Research and Creative Activities Award*, College of Arts & Sciences, Eastern Kentucky University |
| 3/15 | 2015 *Samuel J. and Anne G. Beck Early Career Award*. Society for Personality Assessment |
| 4/14 | Ruric and Mary Roark Distinguished Lecture (*Reflections on Psychopathy: Elucidating the Criminal Mind and Personality*), College of Arts & Sciences, Eastern Kentucky University |
| 3/12 | Keynote Speaker, Kentucky Psychological Association Foundation Spring Academic Conference |
| 3/12 | College of Arts & Sciences Faculty Development Grant ($320) |
| 3/11 | Outstanding Undergraduate Mentor Award, Kentucky Psychological Association Foundation |
| 11/10 | Featured Presenter, 2010 Kentucky Psychological Association Annual Convention |
| 2/10 | College of Arts & Sciences Junior Faculty Summer Research Award ($4500) |
| 9/09 | 2010 John E. Exner Scholar Award, Society of Personality Assessment ($500) |
| 6/07 | Chief Intern Award, Ohio Psychology Internship |
| 10/05 | Outstanding Graduate Student Award, Ohio Psychological Association |

**RESEARCH FUNDING**_____

| | |
|---|---|
| 2020 | University of Minnesota Press: *Concurrent Validity of the MMPI-3 with Post-9/11 Veterans*. Direct Costs: $28,000. Role: Principal Investigator |
| 2020 | University Research Committee, Eastern Kentucky University (Mini-Grant Award): *Impact of Psychological Testing on Expert Testimony*. Direct Costs: $3000. Role: Co-Principal Investigator. |

2011- 2013          University Research Committee, Eastern Kentucky University (Major Project Award), *Elaborating on the Construct Validity of the Proposed DSM-5 Conceptualization of Psychopathy*. Direct Costs: $ 10,196. Role: Principal Investigator.

## PUBLICATIONS

1. Mickens, L.D., Nghiem, D.M., **Wygant, D.B.**, Umlauf, R.L., & Marek, R.J. (In Press). Validity of the Somatic Complaints Scales of the MMPI-2-RF in an Outpatient Chronic Pain Clinic. *Journal of Clinical Psychology in Medical Setting.*

2. Anderson, J.L., Burchett, D., **Wygant, D.B.**, Glassmire, D.M., Kamphuis, J.H., Smid, W., & Sellbom, M. (In Press). Differentiation between borderline and antisocial personality disorders in forensic settings. *Psychology, Crime, and Law.*

3. Tylicki, J.L., Tarescavage, A.M., & **Wygant, D.B.** (In Press). Assessment of Malingering Among Head Injury Litigants with the MMPI-2, MMPI-2-RF, and MMPI-3. In C.R. Reynolds & A.M. Horton (Eds). *Detection of Malingering in Head injury Litigation, Third Edition*. Berlin: Springer.

4. Sellbom, M., Lilienfeld, S.O., Latzman, R.D., & **Wygant, D.B.** (In Press). Assessment of Psychopathy: Addressing Myths, Misconceptions, and Fallacies. In L. Malatesti, J. McMillan, & P. Šustar (Eds.) *Psychopathy: Its uses, validity and status.* Berlin: Springer.

5. **Wygant, D.B.** (Contributor). (2021). Case studies in psychological tele-assessment. In A.J. Wright & S.E. Raiford, *Essentials of psychological tele-assessment* (pp. 265-266). Hoboken, NJ: Wiley.

6. **Wygant, D.B.**, Engle, J.E., & Sellbom, M. (2020). Further Examination of DSM-5 Antisocial Personality Disorder and Psychopathy: Findings from a Female Correctional Sample. *Personality and Mental Health, 14*, 388-398.

7. Laurinavičius, A., Sellbom, M., Klimukienė, V., **Wygant, D.B.**, Laurinaitytė, I., Ustinavičiūtė, L., & Baltrūnas, M. (2020). Examination of Triarchic Psychopathy Measure in a Sample of Lithuanian Juvenile Offenders. *Psychological Assessment, 32*, 407-413.

8. **Wygant, D.B.**, Burchett, D.L., & Harp, J.P. (2020). Assessment of Noncredible Reporting and Responding. In M. Sellbom & J. Suhr (Eds.) *Cambridge Handbook of Clinical Assessment and Diagnosis* (p. 63-79). New York, NY: Cambridge University Press.

9. Drislane, L.E., Sellbom, M., Brislin, S.J., Strickland, C.M., Christian, E., **Wygant, D.B.**, Krueger, R.F., & Patrick, C.J. (2019). Improving Characterization of Psychopathy

within the DSM-5 AMPD: Creation and Validation of PID-5 Triarchic Scales. *Personality Disorders: Theory, Research, and Treatment, 10,* 511-523.

10. Neo, B., Sellbom, M., & **Wygant, D.B.** (2019). Evaluating the Psychometric Effects and Assessment of Inconsistent Responding on the Psychopathic Personality Inventory-Revised in a Correctional Sample. *Journal of Personality Disorders, 33,* 707-720.

11. Ellison, K.S., Bundy, M.B., Gore, J.S. & **Wygant, D.B.** (2019). Exploration of the DSM-5's Autism Spectrum Disorder Severity Level Specifier and Prediction of Autism Severity. *Exceptionality, 27,* 289-298.

12. **Wygant, D.B.** (2019). Criminal Risk Assessment, Psychopathy. In R.D. Morgan (Ed.). *The SAGE Encyclopedia of Criminal Psychology*. Thousand Oaks, CA: Sage Publishing.

13. Sleep, C.E., **Wygant, D.B.,** & Miller, J.D. (2018). Examining the incremental utility of DSM-5 Section III traits and impairment in relation to traditional personality disorder scores in a female correctional sample. *Journal of Personality Disorders, 32,* 738-752.

14. Tylicki, J.L. **Wygant, D.B.,** Tarescavage, A.M., Frederick, R.I., Tyner, E.A., Granacher, R.P., & Sellbom, M. (2018). Comparability of Structured Interview of Reported Symptoms (SIRS) and Structured Interview of Reported Symptoms—2nd Edition (SIRS-2) Classifications with External Response Bias Criteria. *Psychological Assessment,* 1144-1159.

15. Gervais, R.O., Tarescavage, A.M., Greiffenstein, M., **Wygant, D.B.,** Deslauriers, C., & Arends, P. (2018). Inconsistent Responding on the MMPI-2-RF and Uncooperative Attitude: Evidence from Cognitive Performance Validity Measures. *Psychological Assessment, 30,* 410-415.

16. **Wygant, D. B.,** Pardini, D. A., Marsh, A. A., & Patrick, C. J. (2018). Understanding psychopathy: Where we are, where we can go. In: C. J. Patrick (Ed.), *Handbook of Psychopathy, 2nd ed.* (p. 755-778). New York: Guilford Press.

17. **Wygant, D.B.,** Walls, B.D., Brothers, S.L., & Berry, D.T.R. (2018). Assessment of Malingering and Defensiveness on the MMPI-2 and MMPI-2-RF. R. Rogers (Ed.), *Clinical Assessment of Malingering and Deception, 4th ed.* (p. 267-279). New York: Guilford Press.

18. Sellbom, M., & **Wygant, D.B.** (2018). *Forensic applications of the MMPI-2 Restructured Form: A case book*. Minneapolis: University of Minnesota Press.

19. Mossman, D., **Wygant, D.B.,** Gervais, R.O., & Hart, K.J. (2018). Trial 1 versus Trial 2 of the Test of Memory Malingering: Evaluating Accuracy despite the Absence of a "Gold Standard". *Psychological Assessment, 30,* 74-85.

20. Laurinaitytė, I., Laurinavičius, A., Ustinavičiūtė, L., **Wygant, D.B.**, & Sellbom, M. (2017). Utility of the MMPI-2 Restructured Form (MMPI-2-RF) in a sample of Lithuanian male offenders. *Law and Human Behavior, 41,* 494-505.

21. Mowle, E.N., Kelley, S.E., Edens, J.F., Donnellan, M.B., Smith, S.T., **Wygant, D.B.**, & Sellbom, M. (2017). Development of an Inconsistency Scale for the Triarchic Psychopathy Measure. *Psychological Assessment*, 29, 990-1000.

22. Kutchen, T.J., **Wygant, D.B.**, Tylicki, J.L., Dieter, A.M., Veltri, C.O.C., & Sellbom, M. (2017). Construct Validity of the MMPI-2-RF Triarchic Psychopathy Scales in Correctional and Collegiate Samples. *Journal of Personality Assessment*, 99, 408-415.

23. **Wygant, D.B.**, Arbisi, P.A., Bianchini, K.J., & Umlauf, R.L. (2017). Waddell Nonorganic Signs: New Evidence Suggests Somatic Amplification Among Outpatient Chronic Pain Patients. *The Spine Journal, 17,* 505-510.

24. **Wygant, D.B.** (2016). Commentaries on ethical vignettes: Test Selection, Consideration of Individual and Group Differences, and Legal Admissibility Standards. In G. Pirelli, R. Beattey, & P.A. Zapf (Eds.), *The ethical practice of forensic psychology: A casebook* (p. 181-182). New York: Oxford.

25. **Wygant, D.B.** (2016). Commentaries on ethical vignettes: Assessing Response Style. In G. Pirelli, R. Beattey, & P.A. Zapf (Eds.), *The ethical practice of forensic psychology: A casebook* (p. 222). New York: Oxford.

26. **Wygant, D.B.**, Sellbom, M., Sleep, C.E., Wall, T.D., Applegate, K.C., Krueger, R.F., & Patrick, C.J. (2016). Examining the DSM-5 Section III Operationalization of Antisocial Personality Disorder and Psychopathy in a Male Correctional Sample. *Personality Disorders: Theory, Research, and Treatment, 7,* 229-239.

27. Ellison, K.S., Bundy, M.B., **Wygant, D.B.**, & Gore, J.S.  (2016). Don't Forget About the Teachers! Parent and Teacher BASC-2 Reports of Children on DSM-5 Autism Spectrum. *Journal of Mental Health Research in Intellectual Disabilities, 9,* 119-132.

28. Mossman, D., Miller, W.G., Lee, E.R., Gervais, R.O., Hart, K.J., & **Wygant, D.B.** (2015). A Bayesian Approach to Mixed Group Validation of Performance Validity Tests. *Psychological Assessment, 27*, 763-776.

29. **Wygant, D.B.**, & Granacher, R.P. (2015). Assessment of Validity and Response Bias in Neuropsychiatric Evaluations. *NeuroRehabilitation, 36,* 427-438.

30. Sellbom, M., **Wygant, D.B.**, & Drislane, L.E. (2015). Elucidating the Construct Validity of the Psychopathic Personality Inventory Triarchic Scales. *Journal of Personality Assessment, 97,* 374-381.

31. Wall, T.D., **Wygant, D.B.**, & Gallagher, R.W. (2015). Identifying Over-reporting in a Correctional Setting: Utility of the MMPI-2 Restructured Form Validity Scales. *Criminal Justice and Behavior, 6,* 610-622.

32. Crighton, A.H., **Wygant, D.B.**, Holt, K.R., & Granacher, R.P. (2015). Embedded Effort Scales in the Repeatable Battery for the Assessment of Neuropsychological Status: Do they Detect Neurocognitive Malingering? *Archives of Clinical Neuropsychology, 30,* 181-185.

33. **Wygant, D.B.**, & Lareau, C.R. (2015). Civil and Criminal Forensic Psychological Assessment: Similarities and Unique Challenges. *Psychological Injury and Law, 8,* 11-26.

34. Sleep, C.E., Petty, J.A., & **Wygant, D.B.** (2015). Framing the Results: Assessment of Response Bias through Select Self-report Measures in Psychological Injury Evaluations. *Psychological Injury and Law, 8, 27-39.*

35. Wall, T.D., **Wygant, D.B.**, & Sellbom, M. (2015). Boldness Explains a Key Difference Between Psychopathy and Antisocial Personality Disorder. *Psychiatry, Psychology and Law, 22,* 94-105.

36. **Wygant, D.B.**, Applegate, K.C., & Wall, T.D. (2015). Assessing Facets of Personality and Psychopathology in Violent Offenders. In C.A. Pietz & C.A. Mattson (Eds.) *Violent Offenders: Understanding and Assessment* (pp. 384-408). New York: Oxford University Press.

37. Anderson, J.L., Sellbom, M., **Wygant, D.B.**, Salekin, R.T., & Krueger, R.F. (2014). Examining the Associations between DSM-5 Section 3 Antisocial Personality Disorder and Psychopathy in Community and University Samples. *Journal of Personality Disorders, 28,* 675-697.

38. Crighton, A.H., **Wygant, D.B.**, Applegate, K.C., Umlauf, R.L., & Granacher, R.P. (2014). Can Brief Measures Effectively Screen For Pain and Somatic Malingering? Examination of the Modified Somatic Perception Questionnaire and Pain Disability Index. *The Spine Journal, 14,* 2042-2050.

39. Henning, J.B., **Wygant, D.B.**, & Barnes, P.W. (2014). Mapping the Darkness and Finding the Light: DSM-5 and the Assessment of the "Corporate Psychopath". *Industrial and Organizational Psychology: Perspectives on Science and Practice, 7,* 144-148.

40. Tarescavage, A.M., **Wygant, D.B.**, Boutacoff, L.I., & Ben-Porath, Y.S. (2013). Reliability, Validity, and Utility of the Minnesota Multiphasic Personality Inventory-2-Restructured Form (MMPI-2-RF) in Assessments of Bariatric Surgery Candidates. *Psychological Assessment, 25,* 1179-1194.

41. McBride, W.F., Crighton, A.C., **Wygant, D.B.**, & Granacher, R.P. (2013). It's Not All in Your Head (or at least your Brain): Association of Traumatic Brain Lesion Presence and Location with Performance on Measures of Response Bias in Forensic Evaluation. *Behavioral Sciences and the Law, 31,* 779-788.

42. Anderson, J.L., Sellbom, M., **Wygant, D.B.**, Edens, J.F. (2013). Examining the Necessity for and Utility of the Psychopathic Personality Inventory – Revised (PPI-R) Validity Scales. *Law and Human Behavior, 37,* 312-320.

43. Stanley, J.H., **Wygant, D.B.**, & Sellbom, M. (2013). Elaborating on the Construct Validity of the Triarchic Psychopathy measure in a Criminal Offender Sample. *Journal of Personality Assessment, 95,* 343-350.

44. Tarescavage, A., **Wygant, D.B.**, Gervais, R.O., & Ben-Porath, Y.S. (2013). Association of the MMPI-2 Restructured Form (MMPI-2-RF) and Malingered Neurocognitive Dysfunction among Non-Head Injury Disability Claimants. *The Clinical Neuropsychologist, 27,* 313-335.

45. Burton, K.A., Florell, D., & **Wygant, D.B.** (2013). The Role of Peer Attachment and Normative Beliefs about Aggression on Bullying and Cyberbullying. *Psychology in the Schools, 50,*103-115.

46. **Wygant, D.B.**, & Sellbom, M. (2012). Viewing Psychopathy from the Perspective of the Personality Psychopathology Five Model: Implications for DSM-5. *Journal of Personality Disorders, 26,* 717-726.

47. Brodsky, S.L., & **Wygant, D.B.** (2012). Brushed off testimony. *Journal of the American Academy of Psychiatry and the Law, 40,* 562-565.

48. Wiggins, C.W., **Wygant, D.B.**, Hoelzle, J., & Gervais, R.O. (2012). The More you Say, the Less it Means: Over-Reporting and Attenuated Criterion Validity in a Forensic Disability Sample. *Psychological Injury and Law, 5,* 162-173.

49. Sellbom, M., **Wygant, D.B.**, & Bagby, R.M. (2012). Utility of the MMPI-2-RF in Detecting Non-Credible Somatic Complaints. *Psychiatry Research, 197,* 295-301.

50. Mossman, D., **Wygant, D.B.**, & Gervais, R.O. (2012). Estimating Accuracy of Neurocognitive Effort Measures In the Absence of a "Gold Standard." *Psychological Assessment, 24,* 815-822.

51. Archer, R.P., & **Wygant, D.B.** (2012). Child custody evaluations: Ethical, scientific, and practical considerations. *Journal of Psychological Practice, 17,* 1-70.

52. Vines, L.M., **Wygant, D.B.**, & Gervais, R.O. (2012). Empirically Guided Case Conceptualization of Posttraumatic Stress Disorder with the Minnesota Multiphasic Personality Inventory-2 Restructured Form (MMPI-2-RF) in a Forensic Disability Evaluation. *Journal of Psychological Practice, 17,* 180-205.

53. Sellbom, M., Ben-Porath, Y.S., Patrick, C.J., **Wygant, D.B.**, Gartland, D.M. & Stafford, K.P. (2012). Development and Construct Validation of MMPI-2-RF Measures Assessing Global Psychopathy, Fearless-Dominance, and Impulsive-Antisociality. *Personality Disorders: Theory, Research, and Treatment, 3,* 17-38.

54. Gervais, R.O., **Wygant, D.B.**, Sellbom, M., & Ben-Porath, Y.S. (2011). Associations between SVT failure and scores on the MMPI-2-RF validity and substantive scales. *Journal of Personality Assessment, 93,* 508-517.

55. **Wygant, D.B.**, Anderson, J.L., Sellbom, M., Rapier, J.L., Allgeier, L.M., & Granacher, R.P. (2011). Association of the MMPI-2 Restructured Form (MMPI-2-RF) Validity Scales with Structured Malingering Criteria. *Psychological Injury and Law, 4,* 13-23.

56. **Wygant, D.B.**, Sellbom, M., Gervais, R.O., Ben-Porath, Y.S., Stafford, K.P., Freeman, D.B., & Heilbronner, R.L. (2010). Further validation of the MMPI-2 and MMPI-2-RF Response Bias Scale (RBS): Findings from Disability and Criminal Forensic Settings. *Psychological Assessment, 22,* 745-756.

57. Gervais, R.O., Ben-Porath, Y.S., **Wygant, D.B.**, & Sellbom, M. (2010). Incremental validity of the MMPI-2-RF over-reporting scales and RBS in assessing the veracity of memory complaints. *Archives of Clinical Neuropsychology, 25,* 274-284.

58. Sellbom, M., Toomey, J.A., **Wygant, D.B.**, Kucharski, L.T., & Duncan, S.A. (2010). Utility of the MMPI-2-RF (Restructured Form) Validity Scales in Detecting Malingering in a Criminal Forensic Setting: A Known-Groups Design. *Psychological Assessment*, 22, 22-31.

59. **Wygant, D.B.**, Ben-Porath, Y.S., Arbisi, P.A., Berry, D.T.R., Freeman, D.B., & Heilbronner, R.L. (2009). Examination of the MMPI-2 Restructured Form (MMPI-2-RF) Validity Scales in Civil Forensic Settings: Findings from Simulation and Known Group Samples. *Archives of Clinical Neuropsychology, 24,* 671-680.

60. Gervais, R.O., Ben-Porath, Y.S., & **Wygant, D.B.** (2009). Empirical Correlates and Interpretation of the MMPI-2-RF Cognitive Complaints (COG) Scale. *The Clinical Neuropsychologist, 23,* 996-1015.

61. **Wygant, D. B.**, & Fleming, K.P. (2008). Clinical Utility of the MMPI-2 Restructured Clinical (RC) Scales in Therapeutic Assessment: A Case Study. *Journal of Personality Assessment, 90,* 110-118.

62. Gervais, R.O., Ben-Porath, Y.S., **Wygant, D.B.**, & Green, P. (2008). Differential sensitivity of the RBS and MMPI-2 validity scales to memory complaints. *The Clinical Neuropsychologist, 22,* 1061-1079.

63. **Wygant, D.B.**, Boutacoff, L.I., Arbisi, P.A., Ben-Porath, Y.S., Kelly, P.H., & Rupp, W. M. (2007). Examination of the MMPI-2 Restructured Clinical (RC) scales in a sample of bariatric surgery candidates. *Journal of Clinical Psychology in Medical Settings, 14,* 197-205.

64. **Wygant, D.B.**, Sellbom, M., Ben-Porath, Y.S., Stafford, K.P., Freeman, D.B., & Heilbronner, R.L. (2007). The Relation between Symptom Validity Testing and MMPI-2 Scores as a Function of Forensic Evaluation Context. *Archives of Clinical Neuropsychology*, 22, 489-99.

65. Gervais, R. O., Ben-Porath, Y.S., **Wygant, D.B.**, & Green, P. (2007). Development and validation of a Response Bias Scale (RBS) for the MMPI-2. *Assessment, 14,* 196-208.

66. Meier, B. P., Sellbom, M., & **Wygant, D.B.** (2007). Failing to take the moral high ground: Psychopathy and the vertical representation of morality. *Personality and Individual Differences, 43, 757-767.*

67. **Wygant, D. B.**, Sellbom, M., Graham, J. R., & Schenk, P. W. (2006). Incremental validity of the MMPI-2 PSY-5 scales in assessing self-reported personality disorder criteria. *Assessment*, *13,* 178-186.

68. Stafford, K.P., & **Wygant, D.B.** (2005). Competency to stand trial in mental health courts. *Behavioral Sciences and the Law, 23,* 245-258.

**RESEARCH PRESENTATIONS**_____

1. Mickens, L.D., Nghiem, D.M., **Wygant, D.B.**, & Marek, R.J. (November, 2020). *Validity of the Somatic Complaints Scales of the MMPI-2-RF in a Chronic Pain Setting*. Poster submitted for presentation at the 2020 Association for Behavioral and Cognitive Therapies conference. Philadelphia, PA.

2. **Wygant, D.B.** (August, 2020). *The MMPI-3 Captures Important Symptoms and Traits in Correctional and Forensic Settings.* In D.M. McCord &P P.B. Ingram (Chairs) Symposium: Introduction of the MMPI-3. Paper presented at the 2020 Annual Meeting of the American Psychological Association. Remote conference.

3. **Wygant, D.B.** (June, 2020). *Examining the MMPI-3 in the Context of Two Prominent Models of Psychopathy*. Paper presented at the 55th Annual Symposium on Recent MMPI Research. Remote conference.

4. **Wygant, D.B.** (June, 2019). *Examining Three-Factor Models of Psychopathy with the MMPI-2-RF*. Paper presented at the 54th Annual Symposium on Recent MMPI Research. Minneapolis, MN.

5. England, S.B., Stanton, A.R., Keller, B.R., & **Wygant, D.B.** (June, 2019). Cross-validation of the PID-5 Triarchic scales with the MMPI-2-RF: Findings from a Sample of Incarcerated Offenders. Poster presented at the 54th Annual Symposium on Recent MMPI Research. Minneapolis, MN.

6. Wheeler, E., Ingram, L., Galusha, C., Archer, R.P., & **Wygant, D.B.** (March, 2019). *Breaking Bad: Developing a Career in Forensic Assessment*. Roundtable discussion at the 2019 Annual Meeting of the Society for Personality Assessment. New Orleans, LA.

7. Stanton, A.R., Keller, B.R., England, S.B., Gore, J., & **Wygant, D.B.** (March, 2019). The CAT-PD Captures Various Facets of Psychopathy: Findings from University and Correctional Samples. Poster presented at the 2019 Annual Meeting of the Society for Personality Assessment. New Orleans, LA.

8. Chille, T.A., Adair, C.B., Kuhl, A.G., & **Wygant, D.B.** (March, 2019). *Differentiating Grandiose and Vulnerable Narcissism with the CAT-PD*. Poster presented at the 2019 Annual Meeting of the Society for Personality Assessment. New Orleans, LA.

9. **Wygant, D.B.**, & Sellbom, M. (June, 2018). *Capturing Psychopathy with the DSM-5 Alternative Model of Personality Disorders*. Paper presented at the 2018 European Association of Psychology and Law conference. Turku, Finland.

10. Keller, B., Ingram, H., Semenick, M., Loucaides, A., Masterson, T., Kline, S., & **Wygant, D.B.** (April, 2018). *Further examination of the MMPI-2-RF Triarchic Scales: Findings from Correctional and University Samples*. Paper presented at the 53rd Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Hollywood Beach, FL.

11. Mooney, K.T., **Wygant, D.B.**, & Sellbom, M. (April, 2018). Construct Validity of the MMPI-2-RF Personality Disorder Scales. Paper presented at the 53rd Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Hollywood Beach, FL.

12. **Wygant, D.B.**, Sellbom, M., Lynch, C., Neundorf, J., Fonte, E., Masterson, T., Ben-Porath, D.S., & Loucaides, A. (March, 2018). *Construct Validity of the Expanded Levenson Self-Report Psychopathy Scale: Findings from a Male Correctional Sample*. Poster presented at the 2018 Annual Meeting of the Society for Personality Assessment. Washington, DC.

13. Hall, J.T., Lee, T.T.C., **Wygant, D.B.**, & Forbey, J.D. (March, 2018). *Relations Between MMPI-2-RF Psychopathy Indices and Facets of Impulsivity*. Paper presented at the 2018 Annual Meeting of the Society for Personality Assessment. Washington, DC.

14. **Wygant, D.B.** (June, 2017). *Differentiating Grandiose and Vulnerable Narcissism on the MMPI-2-RF*. Paper presented at the 52nd Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Minneapolis, MN.

15. Abell, S.L., Mooney, K.T., Gallimore, D.S., Poindexter, T.S., Watts, K.B., MacLachlan, H.E., & **Wygant, D.B.** (June, 2017). *Differentiating Internalizing Psychopathology with the MMPI-2-RF*. Paper presented at the 52nd Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Minneapolis, MN.

16. Allgood, M., Bresler, S.A., & **Wygant, D.B.** (June, 2017). *Ferreting out the "Fake Good" in Fitness for Duty Evaluation*. Poster presented at the 52nd Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Minneapolis, MN.

17. Sellbom, M., **Wygant, D.B.**, & Salekin, R.T. (May, 2017). *A Comparison of DSM-5 Section II and Section III Antisocial Personality Disorder Criteria in Operationalizing Psychopathy*. Paper submitted for presentation at the bi-annual meeting of the Society for Scientific Study of Psychopathy (SSSP). Antwerp, Belgium.

18. Fedechko, T.L., **Wygant, D.B.**, Frick, P.J., Clark. J.E., Matlasz, T.M., Le, T., & Cohen, A.S. (April, 2017). *Computationally-derived markers of verbal and nonverbal affective expression in psychopathy: A preliminary "quantitative" study*. Paper submitted for presentation at the 2017 Society for Affective Science Annual Conference. Boston, MA.

19. **Wygant, D.B.** (March, 2017). Examining Various Operationalizations of Psychopathy with the MMPI-2-RF. In S. Sellbom (Chair)) Symposium: Elucidating the Validity and Utility of the MMPI-2-RF in Measuring Externalizing Psychopathology. Paper presented at the 2017 Annual Meeting of the Society for Personality Assessment. San Francisco, CA.

20. Tylicki, J.L., Wygant, D.B., Sellbom, M., Frederick, R., Tyner, E., & Granacher, R.P. (March, 2017). *Comparing the SIRS and SIRS-2 in relation to External Response Bias Criteria: Findings from Criminal and Civil Forensic Evaluations*. Paper presented at the 2017 Annual Meeting of the American Psychology Law Society. Seattle, WA.

21. **Wygant, D.B.** (July, 2016). *Introducing the MMPI-2-RF: Utility in Forensic and Correctional Assessment*. In D.B. Wygant (Chair) Symposium: Introducing the MMPI-2-RF: Utility in Forensic and Correctional Assessment. Paper presented at the International Conference on Psychology & Law, European Association of Psychology and Law. Toulouse, France.

22. McBride, W.F., & **Wygant, D.B.** (July, 2016). *The MMPI-2-RF Validity Scales: Review and Use in Forensic Psychological Assessment*. In D.B. Wygant (Chair) Symposium: Introducing the MMPI-2-RF: Utility in Forensic and Correctional Assessment. Paper

presented at the International Conference on Psychology & Law, European Association of Psychology and Law. Toulouse, France.

23. Ellison, K.S., Bundy, M.B., **Wygant, D.B.**, & Gore, J.S. (May, 2016). *Teachers Are Important Too! Incremental Validity of BASC-2 TRS in Predicting DSM-5 Autism Spectrum Disorder Severity Ratings*. Poster presented at the 2016 International Meeting for Autism Research. Baltimore, MD.

24. Kutchen, T.J., & **Wygant, D.B.** (March, 2016). *Neurocognitive Correlates of the Triarchic Psychopathy Measure: Links to Response Inhibition, Executive Functioning, and Affective Processing*. Paper presented at the 2016 Annual Meeting of the American Psychology Law Society. Atlanta, GA.

25. Sleep, C.E., **Wygant, D.B.**, Deeken, D.A., & Miller, J.D. (March, 2016). *DSM-5 Section III Personality Disorders: Do Impairment Criteria add incrementally to Dimensional Personality Traits in the Prediction of Forensically-relevant Personality Disorders in a Correctional Setting?* Paper presented at the 2016 Annual Meeting of the American Psychology Law Society. Atlanta, GA.

26. Dieter, A.M., **Wygant, D.B.**, Kutchen, T.J., Tylicki, J.L., Kuhl, A.G., Drislane, L.E., & Sellbom, M. (March, 2016). *Development and Initial Validation of Triarchic Construct Scales for the Computerized Adaptive Test of Personality Disorder (CAT-PD)*. Paper presented at the 2016 Annual Meeting of the American Psychology Law Society. Atlanta, GA.

27. Tylicki, J.L., **Wygant, D.B.**, Mooney, K.T., & Boswell, A.M. (March, 2016). Examining the Triarchic Psychopathy Scales from the Personality Inventory for DSM-5 (PID-5). Paper presented at the 2016 Annual Meeting of the American Psychology Law Society. Atlanta, GA.

28. Mowle, E.N., Kelley, S.E., Donnellan, M.B., Edens, J.F., Smith, S.T., **Wygant, D.B.**, & Sellbom, M. (March, 2016). Development and Validation of an Inconsistent Responding Scale for the Triarchic Psychopathy Measure. Paper presented at the 2016 Annual Meeting of the American Psychology Law Society. Atlanta, GA.

29. **Wygant. D.B.** (August, 2015). *Capturing the Triarchic Model of Psychopathy with the DSM-5 Alternative Model of Antisocial Personality Disorder: Implications for Forensic Assessment*. In M. Sellbom (Chair) Symposium: The Triarchic Model of Psychopathy: Implications for Forensic Assessment and Mental Health. Paper presented at the International Conference on Psychology & Law, European Association of Psychology and Law. Nuremberg, Germany.

30. Drislane, L.E., Sellbom, M., **Wygant, D.B.**, Brislin, S.J., Strickland, C.M., Christian, E., Krueger, R.F., & Patrick, C.J. (June, 2015). *Capturing triarchic psychopathy constructs within the DSM-5 trait framework*. Paper presented at the bi-annual meeting of the Society for Scientific Study of Psychopathy (SSSP). Chicago, IL.

31. Sellbom, M., & **Wygant, D.B.** (June, 2015). *Associations between self-reported psychopathy and crime and recidivism from a triarchic perspective*. Paper presented at the bi-annual meeting of the Society for Scientific Study of Psychopathy (SSSP). Chicago, IL.

32. **Wygant, D.B.**, & Sellbom, M. (June, 2015). *Can the MMPI-2-RF Differentiate between Psychopathy and Antisocial Personality Disorder?* In M. Sellbom (Chair) Symposium: Assessing Psychopathic Personality Traits with the MMPI-2-RF. Paper presented at the 50th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Minneapolis, MN.

33. Kutchen, T.J., Dieter, A.M., & Tylicki, J.L., Veltri, C.O.C., & **Wygant, D.B.** (June, 2015). *Examining the Construct Validity of the MMPI-2-RF Triarchic Psychopathy Scales*. In M. Sellbom (Chair) Symposium: Assessing Psychopathic Personality Traits with the MMPI-2-RF. Paper presented at the 50th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Minneapolis, MN.

34. Sleep. C.E., **Wygant, D.B.**, & Deeken, D.A. (March, 2015). *Clarifying the Relationship between Trauma and Psychopathy: A Triarchic Perspective*. In T.R. Phillips (Chair) Symposium: Exploring the Nature of Associations between Psychopathy and Posttraumatic Stress Disorder from a Multimodal Perspective. Paper presented at the 2015 Annual Meeting of the American Psychology Law Society. San Diego, CA.

35. Tylicki, J.L., Daniel, F., & **Wygant, D.B.** (March, 2015). *The Influence of Self-Reported Psychopathic Traits on Contextual Reasoning*. Poster presented at the 2015 Annual Meeting of the American Psychology Law Society. San Diego, CA.

36. Kutchen, T.J., Dieter, A.M., Veltri, C.O., & **Wygant, D.B.** (March, 2015). *Further Review of the Construct Validity of MMPI-2-RF Psychopathy Scales in College Samples*. Poster presented at the 2015 Annual Meeting of the American Psychology Law Society. San Diego, CA.

37. **Wygant, D.B.**, Sleep, C.E., & Deeken, D.A. (March, 2015). *Exploring the links between Borderline and Psychopathic Personality with the CAT-PD in College and Correctional Samples*. Paper presented at the 2015 Annual Meeting of the Society for Personality Assessment. New York, NY.

38. Sellbom, M., Drislane, L., **Wygant, D.B.**, Johnson, A.K., Goodwin, B., & Patrick, C.J. (March, 2015). *Operationalizing the Triarchic Psychopathy Model via the MMPI-2-RF*. Paper accepted for presentation at the 2015 Annual Meeting of the American Psychology Law Society. San Diego, CA.

39. Crighton, A.H., Bresler, S.A., **Wygant, D.B.**, & Gillespie, G.L. (February, 2015). *Aggression and Interpersonal Violence in Hospital Emergency Departments*. Poster presented at the 2015 Annual Meeting of the American Academy of Forensic Sciences. Orlando, FL.

40. Sellbom, M., **Wygant, D.B.**, & Salekin, R.T. (2014, November). *Elucidating the construct validity of the triarchic conceptualization of psychopathy in a correctional sample*. Paper accepted for presentation at the 2014 Annual Congress for the Australian and New Zealand Association of Psychiatry, Psychology, and Law. Sydney, Australia.

41. Sellbom, M., **Wygant, D.B.**, & Salekin, R.T. (2014, September). *A Comparison of DSM-5 Section II and Section III Antisocial Personality Disorder in Capturing Psychopathy*. Paper presented at the 28th Annual Meeting of the Society for Research in Psychopathology. Evanston, IL.

42. **Wygant, D.B.**, & Sellbom, M. (2014, April). *Mapping the MMPI-2-RF onto DSM-5 Section III Antisocial Personality Disorder*. Paper presented at the 49th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Scottsdale, AZ.

43. Petty, J.A., **Wygant, D.B.**, & Sellbom, M. (2014, April). *Linking the Triarchic Model of Psychopathy to the MMPI-2-RF*. Poster presented at the 49th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Scottsdale, AZ.

44. Sleep, C., Durham, J.L., Cardwell, J., **Wygant, D.B.**, & Umlauf, R.L. (2014, April). Examining the MMPI-2-RF and Waddell's Non-Organic Signs. Poster presented at the 49th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Scottsdale, AZ.

45. Sleep, C., Cardwell, J., Kuhl, A., **Wygant, D.B.**, & Sellbom, M. (2014, March). *Examination of the Triarchic Scales for the Psychopathic Personality Inventory in a Sample of Male Inmates*. Poster presented at the 2014 American Psychology Law Society Annual Conference, New Orleans, LA.

46. Ison, C.A., Durham, J., Shaughnessy, S., **Wygant, D.B.**, & Sellbom, M. (2014, March). *Callous Lack of Empathy Differentiates Psychopathy and Antisocial Personality Disorder*. Poster presented at the 2014 American Psychology Law Society Annual Conference, New Orleans, LA.

47. Crighton, A.H., Holt, K.R., Callahan, K.J., **Wygant, D.B.**, & Granacher, R.P. (2014, March). *Embedded Effort Scales in the Repeatable Battery for the Assessment of Neuropsychological Status: Do they Detect Neurocognitive Malingering?* Poster presented at the 2014 American Psychology Law Society Annual Conference, New Orleans, LA.

48. Sellbom, M., & **Wygant, D.B.** (2013, November). *DSM-5 Antisocial Personality Disorder and Psychopathy: Empirical Evidence to Guide the Future*. Paper presented at 2013 Annual Congress for the Australian and New Zealand Association of Psychiatry, Psychology, and Law. Adelaide, Australia.

49. **Wygant, D.B.**, Sellbom, M., & Anderson, J.L. (2013, June). *Indexing the Triarchic Domains of Psychopathy with the Personality Inventory for DSM-5*. Paper presented at the bi-annual meeting of the Society for Scientific Study of Psychopathy (SSSP). Washington, DC.

50. Wall, T.D., **Wygant, D.B.**, & Sellbom, M. (2013, June). *Boldness explains a key difference between psychopathy and Antisocial Personality Disorder*. Poster presented at the bi-annual meeting of the Society for Scientific Study of Psychopathy (SSSP). Washington, DC.

51. Johnson, A.K., Sellbom, M., & **Wygant, D.B.** (2013, May). *Differential Overreporting Tendencies on the MMPI-2-RF Depending on the Presence of Severe Psychopathology*. Paper presented at the 48th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, St. Pete Beach, FL.

52. **Wygant, D.B.** (2013, March). *DSM-5 Antisocial Personality Disorder and Psychopathy: Is it closer to the target than DSM-IV?* In D.B. Wygant (Chair) Symposium: DSM-5 Antisocial Personality Disorder: Links to Psychopathy, Personality, and Neurocognitive Deficits. Paper presented at the 2013 American Psychology Law Society Annual Conference, Portland, OR.

53. Applegate, K.C., **Wygant, D.B.**, Sellbom, M. (2013, March). *DSM-5 Antisocial Personality Disorder: An Examination of the Specific Impairment and Trait Criteria*. In D.B. Wygant (Chair) Symposium: DSM-5 Antisocial Personality Disorder: Links to Psychopathy, Personality, and Neurocognitive Deficits. Paper presented at the 2013 American Psychology Law Society Annual Conference, Portland, OR.

54. Wall, T.D., Sellbom, M., **Wygant, D.B.** (2013, March). *Neurocognitive Correlates of DSM-5 Antisocial Personality Disorder*. In D.B. Wygant (Chair) Symposium: DSM-5 Antisocial Personality Disorder: Links to Psychopathy, Personality, and Neurocognitive Deficits. Paper accepted for presentation at the 2013 American Psychology Law Society Annual Conference, Portland, OR.

55. Crighton, A.H., Applegate, K.C., **Wygant, D.B.**, Umlauf, R.L., & Granacher, R.P. (2013, March). *The MMPI-2 Restructured Form Can Differentiate Between Pain and Pain Malingering*. Paper presented at the 2013 American Psychology Law Society Annual Conference, Portland, OR.

56. West, K.K., Burchett, D., Ben-Porath, Y.S., & **Wygant, D.B.** (2013, March). *Assessing Antisocial Personality Disorder with the MMPI-2 Restructured Form in a Forensic Pretrial Assessment Setting*. Poster presented at the 2013 American Psychology Law Society Annual Conference, Portland, OR.

57. McBride, W.F., Sutherland, H.G., **Wygant, D.B.**, & Granacher, R.P. (2013, March). *Comparability of SIRS and SIRS-2 Malingering Classifications with External Response Bias Criteria*. Poster presented at the 2013 American Psychology Law Society Annual Conference, Portland, OR.

58. Ison, C.A., Jacobs, J.N., Crighton, A.C., **Wygant, D.B.**, & Sellbom, M. (2013, March). *Empirical Correlates of the MMPI-2-RF Based Psychopathy Factors in a Prison Sample*. Paper presented at the 2013 American Psychology Law Society Annual Conference, Portland, OR.

59. Wiggins, C.W., **Wygant, D.B.**, Bresler, S.A., & Juran, R.M. (2012, April). *Can the MMPI-2-RF validity scales detect cognitive response bias in an inpatient psychiatric setting?* Poster presented at the 47th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Las Vegas, NV.

60. Stanley, J.H., Crighton, A.H., **Wygant, D.B.**, Sellbom, M., & Umlauf, R.L. (2012, April). *Diagnostic and Empirical Correlates of the MMPI-2-RF in a Non-Litigating Pain Patient Setting*. Paper presented at the 47th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Las Vegas, NV.

61. Wall, T.D., Applegate, K.C., **Wygant, D.B.**, Umlauf, R.L., & Granacher, R.P. (2012, April). *Differential Assessment of Depression and Anxiety Symptoms with the MMPI-2-RF*. Paper presented at the 47th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Las Vegas, NV.

62. Ison, C.A., Justice, L.R., Applegate, K.C., Wall, T.D., & **Wygant, D.B.** (2012, April). *Cross-Validation of the MMPI-2-RF Indices of Psychopathy in a Criminal Offender Sample*. Poster presented at the 47th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Las Vegas, NV.

63. Stanley, J.H., & **Wygant, D.B.**, Sellbom, M. (2012, March). *The Triarchic Model of Psychopathy: Implications for DSM-5 Antisocial Personality Disorder*. Paper presented at the 2012 American Psychology Law Society Annual Conference, San Juan, Puerto Rico.

64. Wiggins, C.W., **Wygant, D.B.**, Hoelzle, J., & Gervais, R.O. (2012, March). *The More you Say, the Less it Means: Over-Reporting Response Bias and Attenuated Criterion Validity*. In Y.S. Ben-Porath (Chair), Symposium: Validity Scales Moderate the Validity of Scores on Substantive Measures in Forensic Assessments. Paper presented at the 2012 American Psychology Law Society Annual Conference, San Juan, Puerto Rico.

65. Applegate, K.C., Wall, T.D., **Wygant, D.B.**, Jacobs, J.N, Sutherland, H.G., & Ison, C.A. (2012, March). *DSM-5 Antisocial Personality Disorder: Is there room for Negative Affectivity?* Poster presented at the 2012 American Psychology Law Society Annual Conference, San Juan, Puerto Rico.

66. Rapier, J.L., **Wygant, D.B.**, Ben-Porath, Y.S., Granacher, R.P., & Umlauf, R.L. (2012, March). *Sorting Somatic Complaints: Differentiating Somatic Malingering and Somatoform Disorder with the MMPI-2 Restructured Form*. Paper presented at the

2012 American Psychology Law Society Annual Conference, San Juan, Puerto Rico.

67. Anderson, J.L., Sellbom, M., & **Wygant, D.B.,** Edens, J.F. (2012, March). *Examining the Necessity and Utility the Psychopathic Personality Inventory – Revised Validity Scales.* In Y.S. Ben-Porath (Chair), Symposium: Validity Scales Moderate the Validity of Scores on Substantive Measures in Forensic Assessments. Paper presented at the 2012 American Psychology Law Society Annual Conference, San Juan, Puerto Rico.

68. Tarescavage, A., Ben-Porath, Y.S., **Wygant, D.B.,** & Boutacoff, L.I. (2011, June). *Construct Validity and Clinical Utility of the MMPI-2-RF in a Sample of Bariatric Surgery Candidates.* Paper presented at the 28th Annual Meeting of the American Society for Metabolic & Bariatric Surgery, Orlando, FL.

69. Anderson, J.L., **Wygant, D.B.,** Kucharski, L.T., Duncan, S., & Granacher, R.P. (2011, May). *The Relationship between the MMPI-2 Restructured Form and the Structured Inventory of Reported Symptoms as a Function of Forensic Evaluation Context.* Paper presented at the 46th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Minneapolis, MN.

70. Anderson, J.L., Wygant, **D.B.,** & Granacher, R.P. (2011, May). *Exploring the Nomological Network of the MMPI-2-RF Over-reporting Validity Scales.* Poster presented at the 46th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Minneapolis, MN.

71. Darnell, K.R., & **Wygant, D.B.** (2011, May). *Utilizing the MMPI-2 Restructured Form in Therapeutic Assessment: A Case Study.* Poster presented at the 46th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Minneapolis, MN.

72. Rapier, J.L., & **Wygant, D.B.,** & Granacher, R.P. (2011, May). *Assessing Malingered Neurocognitive Dysfunction in a sample of Head Injury Litigants with the MMPI-2 Restructured Form (MMPI-2-RF).* Poster presented at the 46th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Minneapolis, MN.

73. Gervais, R.O., Greiffenstein, M., & **Wygant, D.B.** (2011, May). *Associations between VRIN-r and TRIN-r scores and Symptom Validity Test failure.* Paper presented at the 46th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Minneapolis, MN.

74. **Wygant, D.B.,** Vines, L.M., & Granacher, R.P. (2011, March). *MMPI-2 Restructured Form Validity Scales Prediction of Neuropsychological Test Scores in a Disability Sample.* Paper presented at the 4th International Congress on Psychology and Law, Miami, FL.

75. Anderson, J.L., **Wygant, D.B.**, & Granacher, R.P. (2011, March*). A Multi-Method Assessment Approach to the Detection of Malingered Pain: Association with the MMPI-2 Restructured Form.* Poster presented at the 4th International Congress on Psychology and Law, Miami, FL.

76. Mossman, D., **Wygant, D.B.**, & Gervais, R.O. (2011, March). *Estimating the Accuracy of Malingering Measures in the Absence of a "Gold Standard."* Poster presented at the 4th International Congress on Psychology and Law, Miami, FL.

77. Gervais, R.O., Sellbom, M., & **Wygant, D.B.** (2010, October). *Efficiency of the MMPI-2-RF and PAI validity indicators in predicting SVT performance*. Poster presented at the 30th Annual Meeting of the National Academy of Neuropsychology, Vancouver, Canada.

78. **Wygant, D.B.**, Grosse, C., & Rapier, J.L. (2010, August). *Assessing Psychopathy with the MMPI-2-RF PSY-5 Scales*. In Y.S. Ben-Porath (Chair), Symposium: Reinforcing the Link between Practice and Research with the MMPI-2-RF. Paper presented at the 118th Annual Convention of the American Psychological Association Convention, San Diego, CA.

79. **Wygant, D.B.** (2010, March). *Empirically Guided Case Conceptualization of Psychopathy with the MMPI-2-RF*. In D.B. Wygant (Chair), Forum: Empirically-Guided Case Conceptualization with the MMPI-2-RF. Paper presented at the 45th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, St. Petersburg, FL.

80. Vines, L.M., **Wygant, D.B.**, & Gervais, R.O. (2010, March). *Empirically Guided Case Conceptualization of PTSD with the MMPI-2-RF*. In D.B. Wygant (Chair), Forum: Empirically-Guided Case Conceptualization with the MMPI-2-RF. Paper presented at the 45th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, St. Petersburg, FL.

81. Gervais, R.O., Sellbom, M., & **Wygant, D.B.** (2010, March). *Comparison of the MMPI-2-RF and PAI in predicting SVT performance*. Paper presented at the 45th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, St. Petersburg, FL.

82. **Wygant, D.B.**, Sellbom, M., & Gervais, R.O. (2010, March). *Detection of Response Bias in a Forensic Disability Setting with the MMPI-2 Restructured Form (MMPI-2-RF)*. In Y.S. Ben-Porath (Chair), Symposium: Forensic Studies of the MMPI-2-RF: Empirical Findings and their Implications for Forensic Assessments. Paper presented at the 2010 American Psychology Law Society Annual Conference. Vancouver, Canada.

83. Hager, J.J., Burton, K.A., Lybrand, K., **Wygant, D.B.**, Freeman, D.B., & Heilbronner, R.L. (2010, March). *An examination of ethnicity: Does it moderate the association between MMPI-2-RF scales and measures of psychopathology and response*

*bias?* Poster presented at the 45th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, St. Petersburg, FL.

84. Sellbom, M., Steffan, J., & **Wygant, D.B.**, Gervais, R.O. (May, 2009). *Utility of the MMPI-2-RF (Restructured Form) Validity Scales in Detecting Malingered Depression across Two Levels of Coaching.* Paper presented at the 44th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Minneapolis, MN.

85. Gervais, R.O., Ben-Porath, Y.S., Sellbom, M., & **Wygant, D.B.** (May, 2009). *Effect of SVT failure onMMPI-2-RF validity and substantive scales*. Paper presented at the 44th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Minneapolis, MN.

86. Toomey, J.A., Sellbom, M., **Wygant, D.B.**, Kucharski, L.T., & Duncan, S.A. (2009, March). *The utility of the MMPI-2-RF validity scales (F-r and Fp-r) in identifying criminal defendants who feign psychopathology on the SIRS*. Paper presented at the 2009 American Psychology Law Society Annual Conference. San Antonio, TX.

87. **Wygant, D.B.**, Gervais, R.O., & Ben-Porath, Y.S. (2008, October). *The MMPI-2 Restructured Form (MMPI-2-RF) Validity Scales: Association with Response Bias Criteria*. Poster presented at the 28th Annual Meeting of the National Academy of Neuropsychology, New York, NY.

88. Gervais, R.O., Ben-Porath, Y.S., **Wygant, D.B.**, & Sellbom, M. (2008, October). *Incremental validity of the MMPI-2-RF over-reporting scales and RBS in assessing memory complaints*. Poster presented at the 28th Annual Meeting of the National Academy of Neuropsychology, New York, NY.

89. **Wygant, D.B.**, Gervais, R.O., & Ben-Porath, Y.S. (2008, June). *The Response Bias Scale and Malingered Neurocognitive Dysfunction: Comparison with other MMPI-2/MMPI-2-RF indices of Response Bias*. Poster presented at the 43rd Annual Symposium on Recent Developments of the MMPI-2/MMPI-A, Minneapolis, MN.

90. Gervais, R.O., Ben-Porath, Y.S., & **Wygant, D.B.** (2008, June). Empirical Correlates of the MMPI-2-RF Cognitive Complaints (COG) Scale. Paper presented at the 43rd Annual Symposium on Recent Developments of the MMPI-2/MMPI-A, Minneapolis, MN.

91. **Wygant, D.B.**, Ben-Porath, Y.S., Stafford, K.P., Berry, D.T.R., Gallagher, R.W., Freeman, D.B., & Heilbronner, R.L. (2008, March). *Utility of the MMPI-2 Restructured Form (MMPI-2-RF) validity scales in criminal and civil forensic settings*. In Y.S. Ben-Porath (Chair), Symposium: Use of the MMPI-2-RF (Restructured Form) in Forensic Settings. Paper presented at the 2008 American Psychology Law Society Annual Conference. Jacksonville, FL.

92. Sellbom, M., **Wygant, D.B.**, & Bagby, R.M. (2008, March). *The utility of the MMPI-2-RF (Restructured Form) validity scales in detecting non-credible somatic responding*. Paper presented at the 2008 Society for Personality Assessment Annual Conference. New Orleans, LA.

93. **Wygant, D.B.**, Gervais, R.O., & Ben-Porath, Y.S. (2007, November). *The MMPI-2 Restructured Form (MMPI-2-RF) Validity Scales: Association with Malingered Neurocognitive Dysfunction*. Poster presented at the 27th Annual Meeting of the National Academy of Neuropsychology, Scottsdale, AZ.

94. **Wygant, D.B.**, Sellbom, M., Graham, J.R., Freeman, D.B., & Heilbronner, R.L. (2007, April). *Construct Validity of the Back Infrequency, $F_B$, Scale*. Poster presented at the 42nd Annual Symposium on Recent Developments of the MMPI-2/MMPI-A, Ft. Lauderdale, FL.

95. Gervais, R.O., Ben-Porath, Y.S., & **Wygant, D.B.**, Green, P. (2007, April). *Differential sensitivity of the RBS and MMPI-2 validity scales to memory complaints*. Poster presented at the 42nd Annual Symposium on Recent Developments of the MMPI-2/MMPI-A, Ft. Lauderdale, FL.

96. **Wygant, D.B.**, Ben-Porath, Y.S., Tellegen, A. (2007, April). *Examining the utility of the revised and new validity scales for the MMPI-2-RF*. In Y.S. Ben-Porath (Chair), Forum: The MMPI-2-RF (Restructured Form). Paper presented at the 42nd Annual Symposium on Recent Developments of the MMPI-2/MMPI-A, Ft. Lauderdale, FL.

97. Sellbom, M., Ben-Porath, Y.S., Patrick, C.J., Gartland, D.M., **Wygant, D.B.**, & Stafford, K.S. (2007, April). *Psychopathy Can be Measured with the MMPI-2: Introducing Restructured Clinical (RC) Scale-based Measures of Psychopathy and its Facets*. Paper presented at the 2007 Annual Meeting of the Society for the Scientific Study of Psychopathy, St. Peters Beach, FL.

98. **Wygant, D.B.** (2007, March). *Clinical Utility of the MMPI-2 Restructured Clinical (RC) Scales in Therapeutic Assessment: A Case Study*. Poster presented at the 2007 Annual Meeting for the Society for Personality Assessment, Arlington, VA.

99. **Wygant, D.B.**, Sellbom, M., Ben-Porath, Y.S., Stafford, K.P., Freeman, D.B., & Heilbronner, R.L. (2007, March). *The Relation between Symptom Validity Testing and MMPI-2 Scores as a Function of Forensic Evaluation Context*. Poster presented at the 2007 Annual Meeting for the Society for Personality Assessment, Arlington, VA.

100. **Wygant, D.B.**, Boutacoff, L.I., Arbisi, P.A., Ben-Porath, Y.S., Kelly, P.H., & Rupp, W.M. (2007, March). *Empirical Correlates of the MMPI-2 Restructured Clinical (RC) scales in a sample of bariatric surgery candidates*. In P.A. Arbisi (Chair), Empirical Correlates of the MMPI-2 Restructured Clinical (RC) Scales in Medical Settings. Symposium presented at the 2007 Annual Meeting for the Society for Personality Assessment, Arlington, VA.

101.  Gervais, R.O., Ben-Porath, Y.S., **Wygant, D.B.** (2007, March). *Empirical Correlates of the MMPI-2 Restructured Clinical (RC) Scales in Medical Disability Claimants.* In P.A. Arbisi (Chair), Empirical Correlates of the MMPI-2 Restructured Clinical (RC) Scales in Medical Settings. Symposium presented at the 2007 Annual Meeting for the Society for Personality Assessment, Arlington, VA.

102.  Arbisi, P.A., Ben-Porath, Y.S., **Wygant, D.B.** (2007, March). *Empirical correlates of the MMPI-2 Restructured Clinical (RC) scales in an outpatient VA medical setting.* In P.A. Arbisi (Chair), Empirical Correlates of the MMPI-2 Restructured Clinical (RC) Scales in Medical Settings. Symposium presented at the 2007 Annual Meeting for the Society for Personality Assessment, Arlington, VA.

103.  Sellbom, M., Ben-Porath, Y.S., Stafford, K.P., & **Wygant, D.B.** (2007, March). *A Comparison of MMPI-2 Clinical Scale 4 and RC4 as Measures of Psychopathic Deviance.* Paper presented at the 2007 Annual Meeting for the Society for Personality Assessment, Arlington, VA.

104. **Wygant, D.B.**, Ben-Porath, Y.S., Gervais, R.O., Sellbom, M., Stafford, K.P., Freeman, D.B., & Heilbronner, R.L. (2006, May). *Further validation of the Response Bias Scale (RBS).* Paper presented at the 41st Annual Symposium of Recent Developments of the MMPI-2/MMPI-A, Minneapolis, MN.

105.  **Wygant, D.B.**, Ben-Porath, Y.S., Berry, D.T.R., & Arbisi, P.A. *(2006, March). An MMPI-2 Validity Scale Designed to Detect Somatic Over-Reporting in Civil Forensic Settings.* Paper presented at the 2006 American Psychology Law Society Annual Conference. St. Petersburg, FL.

106.  Fragoso, J.M., **Wygant, D.B.**, Ben-Porath, Y.S., Freeman, D.B., & Heilbronner, R.L. (2006, May). *Does Ethnicity Moderate the Relation between MMPI-2 scales and Measures of Psychopathology in a Sample of Latino and Caucasian Litigating Patients?* Poster presented at the 41st Annual Symposium of Recent Developments of the MMPI-2/MMPI-A, Minneapolis, MN.

107.  **Wygant, D.B.**, Gervais, R.O., & Ben-Porath, Y.S. (2005, October). *Correlation between Word Memory Test (WMT) Performance and the MMPI-2 Restructured Clinical (RC) Scales.* Poster presented at the 25th Annual Meeting of the National Academy of Neuropsychology, Tampa, FL.

108. Gervais, R.O., **Wygant, D.B.**, & Ben-Porath, Y.S. (2005, October). *Word Memory Test (WMT) Performance and MMPI-2 Validity Scales and Indices.* Poster presented at the 25th Annual Meeting of the National Academy of Neuropsychology, Tampa, FL.

109.  **Wygant, D.B.**, & Stafford, K.P. (2005, August). *Role of Competency in Mental Health Courts.* Paper presented at the 113th Annual Convention of the American Psychological Association Convention- Division 41, Washington, DC.

110. **Wygant, D.B.**, Ben-Porath, Y.S., Heilbronner, R.L., & Freeman, D.B. (2005, April). *Examination of the Infrequent Somatic Complaints (F$_S$) Scale in Personal Injury and Disability Claimants*. Paper presented at the 40[th] Annual Symposium on Recent Developments of the MMPI-2/MMPI-A, Ft. Lauderdale, FL.

111. **Wygant, D.B.**, Arbisi, P.A., & Ben-Porath, Y.S. (2005, March). *Examination of the Fake Bad Scale's (FBS) Validity and Incremental Validity in Predicting Somatic Malingering*. Paper presented at the Annual Meeting of the Society for Personality Assessment, Chicago, IL.

112. **Wygant, D.B.**, Ben-Porath, Y.S., Graham, J.R., Arbisi, P.A., & Storm, J. (2004, May). *Review and Examination of the Gough Dissimulation Scale*. Paper presented at the 39th Annual Symposium on Recent Developments of the MMPI-2/MMPI-A, Minneapolis, MN.

113. **Wygant, D.B.**, Ben-Porath, Y.S., & Arbisi, P.A. (2004, May). *Development and Initial Validation of a Scale to Detect Infrequent Somatic Complaints*. Poster presented at the 39th Annual Symposium on Recent Developments of the MMPI-2/MMPI-A, Minneapolis, MN.

114. **Wygant, D.B.**, Sellbom, M., Graham, J.R., & Schenk, P.W. (2004, March). *Incremental Validity of the MMPI-2 Personality Psychopathology Five (PSY-5) Scales in Assessing Self-Reported Personality Disorder Criteria*. Paper presented at the Annual Meeting of the Society for Personality Assessment, Miami, FL.

115. **Wygant, D.B.**, & Best, P.J. (2003, November). *Spatial Cognitive Maps Afford Partial Generalization to Different Viewing Perspectives*. Poster presented at the Annual Meeting of the Society for Neuroscience, New Orleans, LA.

116. **Wygant, D.B.**, Best, P.J., & Daniels, B. (2001, May). *Influence of View on Spatial Memory Recall*. Poster presented at the 2001 Miami University Undergraduate Research Forum, Oxford, OH.


**WORKSHOP/CONTINUING EDUCATION PRESENTATIONS**

1. **Wygant, D.B.** (2021, February). *Introducing the MMPI-3*. Cincinnati Academy of Professional Psychology (CAPP). Remote.

2. **Wygant, D.B.** (2020, January). *Understanding the Psychopathic Personality*. Forensics Seminar Series, University of Louisville Department of Psychiatry. Louisville, KY.

3. **Wygant, D.B.** (2019, November). *Understanding the Psychopathic Personality*. Forensics Conference, Michigan State University Department of Psychiatry. Lansing, MI.

4.  **Wygant, D.B.** (2019, November). *Testifying as an Expert Witness*. Forensics Conference, Michigan State University Department of Psychiatry. Lansing, MI.

5.  **Wygant, D.B.** (2019, November). *Assessing Substance Use Disorders*.  Kentucky DUI Assessor Certification Training. Richmond, KY.

6.  **Wygant, D.B.** (2019, July). *Assessing Substance Use Disorders*.  Kentucky DUI Assessor Certification Training. Richmond, KY.

7.  **Wygant, D.B.** (November, 2019).  *Understanding the Psychopathic Personality*. Internship Didactic Workshop, Federal Medical Center.  Lexington, KY.

8.  **Wygant, D.B.** (2019, July). *An Introduction to the MMPI-2-RF for Correctional Psychologists*. Workshop presented to the Kentucky Department of Corrections. LaGrange, KY.

9.  **Wygant, D.B.** (2019, June). *Advanced MMPI-2-RF Validity Scale Interpretation*. Workshops & 54th Annual Symposium on Recent Research. Minneapolis, MN.

10. Ben-Porath, Y.S., & **Wygant, D.B.** (2019, June). *Introduction to the MMPI-2-RF*. MMPI Workshops & 54th Annual Symposium on Recent Research. Minneapolis, MN.

11. **Wygant, D.B.** (June, 2019).  *Understanding the Psychopathic Personality*. Internship Didactic Workshop, Federal Medical Center.  Lexington, KY.

12. **Wygant, D.B.** (2019, April). *Assessing Substance Use Disorders*.  Kentucky DUI Assessor Certification Training. Richmond, KY.

13. **Wygant, D.B.** (2018, November).  *Testifying as an Expert Witness*. Internship Didactic Workshop, Federal Medical Center.  Lexington, KY.

14. **Wygant, D.B.** (2018, November). *Assessing Substance Use Disorders*.  Kentucky DUI Assessor Certification Training. Richmond, KY.

15. **Wygant, D.B.** (2018, July). *Assessing Substance Use Disorders*.  Kentucky DUI Assessor Certification Training. Richmond, KY.

16. Ben-Porath, Y.S., & **Wygant, D.B.** (2018, April). *Introduction to the MMPI-2-RF*. MMPI Workshops & 53rd Annual Symposium on Recent Research. Hollywood Beach, FL.

17. **Wygant, D.B.**, & Tarescavage, A. (2018, April). *MMPI-2-RF Cases*. MMPI Workshops & 53rd Annual Symposium on Recent Research. Hollywood Beach, FL.

18. **Wygant, D.B.** (2017, November). *Understanding the Psychopathic Personality*. Internship Didactic Workshop, Federal Medical Center.  Lexington, KY.

19. **Wygant, D.B.** (2017, October). *MMPI-2 Restructured form: Introduction & Use in Diagnostic Assessment*. Miami University, Oxford, OH.

20. **Wygant, D.B.** (2017, July). *Assessing Substance Use Disorders*.  Kentucky DUI Assessor Certification Training. Richmond, KY.

21. **Wygant, D.B.** (2017, June). *Assessing Externalizing Psychopathology with the MMPI-2-RF*. MMPI Workshops & 52nd Annual Symposium on Recent Research. Minneapolis, MN.

22. **Wygant, D.B.** (2017, June). *MMPI-2-RF Case Studies*. MMPI Workshops & 52nd Annual Symposium on Recent Research. Minneapolis, MN.

23. Ben-Porath, Y.S., & **Wygant, D.B.** (2017, June). *Introduction to the MMPI-2-RF*. MMPI Workshops & 52nd Annual Symposium on Recent Research. Minneapolis, MN.

24. **Wygant, D.B.** (2017, April). *Assessing Substance Use Disorders*.  Kentucky DUI Assessor Certification Training. Richmond, KY.

25. **Wygant, D.B.** (2016, November). *Assessing Substance Use Disorders*.  Kentucky DUI Assessor Certification Training. Richmond, KY.

26. **Wygant, D.B.** (2016, July). *Assessing Substance Use Disorders*.  Kentucky DUI Assessor Certification Training. Richmond, KY.

27. **Wygant, D.B.** (2016, June). *Understanding the Psychopathic Personality*. Internship Didactic Workshop, Federal Medical Center.  Lexington, KY.

28. **Wygant, D.B.** (2016, May). *Assessing Externalizing Psychopathology with the MMPI-2-RF*. MMPI Workshops & 51st Annual Symposium on Recent Research. Hollywood, FL.

29. **Wygant, D.B.** (2016, May). *Developing Diagnostic Impressions with the MMPI-2-RF*. MMPI Workshops & 51st Annual Symposium on Recent Research. Hollywood, FL.

30. **Wygant, D.B.** (2016, April). *Assessing Substance Use Disorders*.  Kentucky DUI Assessor Certification Training. Richmond, KY.

31. **Wygant, D.B.** (2015, November).  *Testifying as an Expert Witness*. Internship Didactic Workshop, Federal Medical Center.  Lexington, KY.

32. **Wygant, D.B.** (2015, November). *Assessing Substance Use Disorders*.  Kentucky DUI Assessor Certification Training. Richmond, KY.

33. **Wygant, D.B.** (2015, July). *Assessing Substance Use Disorders*.  Kentucky DUI Assessor Certification Training. Richmond, KY.

34. **Wygant, D.B.** (2015, June). *Case Conceptualization with the MMPI-2-RF*. MMPI Workshops & 50th Annual Symposium on Recent Research. Minneapolis, MN.

35. **Wygant, D.B.** (2014, November).  *Testifying as an Expert Witness*. Internship Didactic Workshop, Federal Medical Center.  Lexington, KY.

36. **Wygant, D.B.** (2014, November). *Assessing Substance Use Disorders*.  Kentucky DUI Assessor Certification Training. Richmond, KY.

37. **Wygant, D.B.** (2014, November). Forensic Uses of the MMPI-2-RF. Workshop at the 2014 Annual Convention of the Kentucky Psychological Association. Louisville, KY.

38. **Wygant, D.B.** (2014, June). Forensic uses of the MMPI-2-RF. Kentucky Department of Corrections Division of Mental Health and Substance Abuse/LaGrange, KY.

39. **Wygant, D.B.** (2014, April). Using the MMPI-2-RF in Treatment Settings. MMPI Workshops & 49th Annual Symposium on Recent Research. Scottsdale, AZ.

40. **Wygant, D.B.** (2014, April). Interpreting the MMPI-2-RF Validity Scales. MMPI Workshops & 49th Annual Symposium on Recent Research. Scottsdale, AZ.

41. **Wygant, D.B.** (2014, April). *Assessing Substance Use Disorders*.  Kentucky DUI Assessor Certification Training. Richmond, KY.

42. **Wygant, D.B.** (2013, November). *Assessing Substance Use Disorders*.  Kentucky DUI Assessor Certification Training. Richmond, KY.

43. **Wygant, D.B.** (2013, September). *The Psychopath Returns: DSM-5 and the Psychopathic Personality*. Internship Didactic Workshop, Federal Medical Center. Lexington, KY.

44. **Wygant, D.B.** (2013, July). *Assessing Substance Use Disorders*.  Kentucky DUI Assessor Certification Training. Richmond, KY.

45. **Wygant, D.B.** (2013, June). Minnesota Multiphasic Personality Inventory-2-Restructured Form (MMPI-2-RF): Advanced Interpretation Topics. Continuing education workshop, Chicago School of Professional Psychology. Washington, DC.

46. **Wygant, D.B.** (2013, May). MMPI-2 Cases. MMPI Workshops & 48th Annual Symposium on Recent Research. St. Pete Beach, FL.

47. **Wygant, D.B.** (2013, May). Using the MMPI-2-RF in Treatment Settings. MMPI Workshops & 48th Annual Symposium on Recent Research. St. Pete Beach, FL.

48. **Wygant, D.B.** (2013, May). Using the MMPI-2-RF in Medical Settings. MMPI Workshops & 48th Annual Symposium on Recent Research. St. Pete Beach, FL.

49. **Wygant, D.B.** (2013, April). Antisocial Personality Disorder in DSM-5 Section 3: Links to Psychopathy, Personality, and Neurocognitive. Internship Didactic Workshop, Appalachian Regional Healthcare Psychology Internship.  Hazard, KY.

50. **Wygant, D.B.** (2012, November). *Forensic uses of the MMPI-2 Restructured Form*. Internship Didactic Workshop, Federal Medical Center.  Lexington, KY.

51. Marvin, K.N., & **Wygant, D.B.** (2012, November). *Assessing Parental Fitness*. Workshop at the 2012 Annual Convention of the Kentucky Psychological Association. Louisville, KY.

52. **Wygant, D.B.** (2012, October). MMPI-2 Restructured Form: Use in Case Conceptualization & Assessment of Personality Disorders. Kentucky Department of Corrections Division of Mental Health and Substance Abuse/LaGrange, KY.

53. Graham, J.R., & **Wygant, D.B.** (2012, April). *MMPI-2 Illustrative Cases.*  MMPI Workshops & 47th Annual Symposium on Recent Research. Las Vegas, NV.

54. **Wygant, D.B.** (2012, April). *Use of the MMPI-2-RF in Mental Health Settings*. MMPI Workshops & 47th Annual Symposium on Recent Research. Las Vegas, NV.

55. **Wygant, D.B.**, & Bagby, R.M. (2012, April). *Assessing Over-reporting on the MMPI–2 and MMPI–2–RF*. MMPI Workshops & 47th Annual Symposium on Recent Research. Las Vegas, NV.

56. **Wygant, D.B.** (February, 2012).  *The Psychopathic Personality: Concepts, Assessment, and Implications for DSM-5*. Internship Didactic Workshop, Federal Medical Center.  Lexington, KY.

57. **Wygant, D.B.** (January, 2012). *Advanced Assessment with the MMPI-2 Restructured Form*. Kentucky Psychological Association continuing education workshop. Louisville, KY.

58. Anderson, J.A., & **Wygant, D.B.** (November, 2011). *Assessment of Personality Disorders with the MMPI-2 Restructured Form: Clinical and Forensic Applications*. Workshop at the 2011 Annual Convention of the Kentucky Psychological Association. Lexington, KY.

59. **Wygant, D.B.** (October, 2011).  *The MMPI-2 Restructured Form: Introduction and Use in Forensic Settings*. Internship Didactic Workshop, Federal Medical Center. Lexington, KY.

60. **Wygant, D.B.** (May, 2011). *The MMPI-2 Restructured Form: Introduction and Basic Interpretation*. Continuing education workshop. Richmond, KY.

61. **Wygant, D.B.** (May, 2011). *MMPI-2 Restructured Form Advanced Topics: Clinical Case Conceptualization and Assessment of Personality Disorders*. Continuing education workshop. Richmond, KY.

62. Graham, J.R., & **Wygant, D.B.** (2011, May). *MMPI-2 Illustrative Cases*. MMPI Workshops & 46th Annual Symposium on Recent Research. Minneapolis, MN.

63. **Wygant, D.B.** (2011, May). *Use of the MMPI-2-RF in Mental Health Settings*. MMPI Workshops & 46th Annual Symposium on Recent Research. Minneapolis, MN.

64. **Wygant, D.B.** (2011, May). *Assessing Over-reporting on the MMPI–2 and MMPI–2–RF*. MMPI Workshops & 46th Annual Symposium on Recent Research. Minneapolis, MN.

65. **Wygant, D.B.** (2011, February). *Recent Updates in Objective Personality Assessment: The MMP-2 Restructured Form: Use in Case Conceptualization*. Continuing education workshop presented to the Department of Behavioral Health, Ireland Army Community Hospital. Fort Knox, KY.

66. **Wygant, D.B.** (2010, November). *The MMPI-2 Restructured Form: Introduction and Basic Interpretation*. Workshop at the 2010 Annual Convention of the Kentucky Psychological Association. Louisville, KY.

67. **Wygant, D.B.** (2010, November). *The MMPI-2 Restructured Form Advanced Topics: Clinical Case Conceptualization and Use in Forensic, Medical, and Clinical Settings*. Workshop at the 2010 Annual Convention of the Kentucky Psychological Association. Louisville, KY.

68. **Wygant, D.B.** (2010, November). *Best Practices in Child Custody Evaluations: Ethical, Scientific, and Practical Considerations*. Workshop at the 2010 Annual Convention of the Kentucky Psychological Association. Louisville, KY.

69. **Wygant, D.B.** (2010, May). *Introducing the Restructured Form of the MMPI-2: Basic Interpretation and Use in Forensic Settings*. Continuing Education workshop presented at Summit Behavioral Healthcare. Cincinnati, OH.

70. **Wygant, D.B.** (2010, January). *Forensic Psychological Evaluations: Addressing Psychological Issues in the Legal Arena*. Continuing Legal Education Course for the Madison County Bar Association. Richmond, KY.

71. **Wygant, D.B.**, & Dameron, C. (2009, April). *Psychological Parenting Evaluations*. Presentation at Summit County Children Services. Akron, OH.

72. **Wygant, D.B.**, & McMillan, C. (2009, April). *Court Diversion Programs*. Workshop presentation at the Summit County Alcohol, Drug Addiction, & Mental Health Services (ADM Board) Cross-Systems Training. Akron, OH.

73. **Wygant, D.B.**, Mastran, C., & Kovach, M.A. (2009, March). *Court Testimony*. Presentation to the Ohio Psychology Internship. Akron, OH.

74. **Wygant, D.B.** (2009, February). *Competency to Stand Trial and Criminal Responsibility*. Educational presentation to the Summit County Sheriff's Department. Akron, Ohio.

75. **Wygant, D.B.**, & Mannino, C. (2008, September). *Reintegration of Sexual Offenders into the Community*. Workshop presentation for Summit County Division of Public Safety. Akron, OH.

76. **Wygant, D.B.**, & Mannino, C. (2008, September). *Sentencing Implications for Sexual Offenders*. Workshop presentation for Summit County Division of Public Safety. Akron, OH.

77. **Wygant, D.B.** (2008, September). *Community Treatment and Diversion Programs*. Workshop presentation at the Summit County Alcohol, Drug Addiction, & Mental Health Services (ADM Board) Cross-Systems Training. Akron, OH.

78. **Wygant, D.B.** (2008, September). *Sexual Offender Treatment*. Workshop presentation for Summit County Division of Public Safety. Akron, OH.

79. **Wygant, D.B.**, & Mannino, C. (2008, August). *Managing Sexual Offenders*. Workshop presentation for Summit County Division of Public Safety. Akron, OH.

80. **Wygant, D.B.** (2008, April). *Providing Care for Offenders with Co-Occurring Disorders*. Workshop presentation at the Summit County Alcohol, Drug Addiction, & Mental Health Services (ADM Board) Cross-Systems Training. Akron, OH.

81. **Wygant, D.B.** (2007, October). *Introduction to Psychopathology*. Workshop presentation at the Summit County Alcohol, Drug Addiction, & Mental Health Services (ADM Board) Cross-Systems Training. Akron, OH.

82. **Wygant, D.B.** (2007, September). *Counseling Gay, Lesbian, Bisexual, and Trans-gendered Clients*. Continuing Education workshop at Summit Psychological Associates, Inc. Akron, OH.

83. **Wygant, D.B.** (2007, May). *The Restructured Clinical (RC) Scales for the MMPI-2: Development, Interpretation, and Case Examples*. Workshop presentation at Summit Psychological Associates, Inc. Akron, OH.

84. **Wygant, D.B.** & Giovannelli, J. (2006, May). *The Restructured Clinical (RC) Scales for the MMPI-2 with Case Example*. Workshop presentation at Coleman Professional Services. Kent, OH.

## INVITED PRESENTATIONS_____

1. **Wygant, D.B.** (2020, October). *The Psychopath Returns: From Cleckley to DSM-5*. Colloquium presentation, Xavier University School of Psychology & University of Cincinnati Department of Psychiatry and Behavioral Neuroscience. Cincinnati, OH. Remote delivery.

2. **Wygant, D.B.** (2020, October). *Mental Health Expert Testimony*. Presentation at University of Kentucky College of Law. Lexington, KY. Remote delivery.

3. **Wygant, D.B.** (2020, August). *Integrating Psychological Testing in Psychological and Psychiatric Assessment*.  Presentation to the Forensic Psychiatry Fellowship, University of Cincinnati Department of Psychiatry. Remote delivery.

4. **Wygant, D.B.** (2019, July). *Integrating Psychological Testing in Psychological and Psychiatric Assessment*.  Presentation to the Forensic Psychiatry Fellowship, University of Cincinnati Department of Psychiatry. Cincinnati, OH.

5. Niehaus, L., **Wygant, D.B.**, & Grisez, M. (2019, March). *Practical Guide to Career Search*. Presentation at Miami University Department of Psychology. Oxford, OH.

6. **Wygant, D.B.** (2018, July). *Integrating Psychological Testing in Psychological and Psychiatric Assessment*.  Presentation to the Forensic Psychiatry Fellowship, University of Cincinnati Department of Psychiatry. Cincinnati, OH.

7. **Wygant, D.B.** (2017, October). *The Psychopath Returns: From Cleckley to DSM-5*. Colloquium presentation, Miami University Department of Psychology. Oxford, OH.

8. **Wygant, D.B.** (2017, July). *Psychological Testing: From Responses to Interpretation*. Presentation to the Forensic Psychiatry Fellowship, University of Cincinnati Department of Psychiatry. Cincinnati, OH.

9. **Wygant, D.B.** (2017, February). *Expert Testimony*. Presentation at University of Cincinnati College of Law. Cincinnati, OH.

10. **Wygant, D.B.** (2016, October). *Reflections on Psychopathy: Elucidating the Criminal Mind and Personality*. Presentation at John Carrol University. Cleveland, OH.

11. **Wygant, D.B.** (2016, October). *Inside the Mind of a Stalker*. Presentation at John Carrol University. Cleveland, OH.

12. **Wygant, D.B.**, & Wozniak, N.C. (2016, July). *Psychological Testing: From Responses to Interpretation*.  Presentation to the Forensic Psychiatry Fellowship, University of Cincinnati Department of Psychiatry. Cincinnati, OH.

13. **Wygant, D.B.** (2015, December). A Bad Case of Psychopathy: From Cleckley to DSM-5. Grand rounds presentation, Department of Psychiatry, University of Cincinnati. Cincinnati, OH.

14. **Wygant, D.B.** (2015, October). *Examination of the DSM-5 Alternative Trait Model for Personality Disorders: Empirical Evidence from Collegiate and Correctional Samples*. Colloquium, Department of Psychology, Eastern Kentucky University. Richmond, KY.

15. **Wygant, D.B.** (2015, July). *Psychological Testing: From Responses to Interpretation*. Presentation to the Forensic Psychiatry Fellowship, University of Cincinnati Department of Psychiatry. Cincinnati, OH.

16. **Wygant, D.B.** (2014, July). *Psychological Testing: From Responses to Interpretation*. Presentation to the Forensic Psychiatry Fellowship, University of Cincinnati Department of Psychiatry. Cincinnati, OH.

17. **Wygant, D.B.** (2014, April). Fitness for Duty Evaluations. Guest lecture at University of Louisville Department of Brain and Psychological Science. Louisville, KY.

18. **Wygant, D.B.** (2014, March). Competency to Stand Trial & Criminal Responsibility Evaluations. Guest lecture at University of Louisville Department of Brain and Psychological Science. Louisville, KY.

19. **Wygant, D.B.** (2013, November). *Forensic Psychology*. Presentation to students at Martha Collins High School. Shellbyville, KY.

20. **Wygant, D.B.** (2013, November). *Forensic Psychology*. Presentation to students at Pulaski County High School. Richmond, KY.

21. **Wygant, D.B.** (2013, July). *Psychological Testing: From Responses to Interpretation*. Presentation to the Forensic Psychiatry Fellowship, University of Cincinnati Department of Psychiatry. Cincinnati, OH.

22. **Wygant, D.B.** (2013, April). The Psychopath Returns: DSM-5 and the Psychopathic Personality. Invited colloquium, University of Louisville Department of Brain and Psychological Science.  Louisville, KY.

23. **Wygant, D.B.** (2012, July). *Psychological Testing: From Responses to Interpretation*. Presentation to the Forensic Psychiatry Fellowship, University of Cincinnati Department of Psychiatry. Cincinnati, OH.

24. **Wygant, D.B.** (2012, April). *Psychological Assessment*. Presentation to students at Estill County High School. Irvine, KY.

25. **Wygant, D.B.** (2012, March). *Connecting the Dots between Faculty Mentorship and Student Involvement.* Keynote Speaker at 2012 Kentucky Psychological Association Spring Academic Conference. Lexington, KY.

26. **Wygant, D.B.** (2012, February). All Rise: Taking *Forensic Psychology out of the Classroom and into the Courtroom*. Presentation at the Celebration of Critical & Creative Thinking and Communication Showcase, Eastern Kentucky University. Richmond, KY.

27. **Wygant, D.B.**, & Wall, T.D., & Applegate, K.C. (2011, October). *Psychological Testing: From Responses to Interpretation*.  Presentation to the Forensic Psychiatry Fellowship, University of Cincinnati Department of Psychiatry. Cincinnati, OH.

28. **Wygant, D.B.** (2011, May). *Personality Testing*. Child Psychiatry Grand Rounds Presentation, Cincinnati Children's Hospital Medical Center. Cincinnati, OH.

29. **Wygant, D.B.**, & Anderson, J.L. (2010, July). *Psychological Testing: From Responses to Interpretation*.  Presentation to the Forensic Psychiatry Fellowship, University of Cincinnati Department of Psychiatry. Cincinnati, OH.

30. **Wygant, D.B.** (2010, January). *Abnormal Psychology*. Poster presented at the Celebration of Critical & Creative Thinking and Communication Showcase, Eastern Kentucky University. Richmond, KY.

31. **Wygant, D.B.** (2009, November). *Forensic Psychology*. Presentation to students at Madison Central High School. Richmond, KY.

32. **Wygant, D.B.** (2008, October). *Law and Psychology*. Presentation to the Miami University Psi Chi Chapter. Oxford, OH.

33. **Wygant, D.B.** (2008, November). *Suicide Prevention*. Presentation to high school students at Schnee Learning Center. Cuyahoga Falls, OH.

34. **Wygant, D.B.** (2007, June). *Malingering and Forensic Setting*. Presentation to the Ohio Psychology Internship program. Akron, OH.

35. **Wygant, D.B.** (2006, September). *Forensic Psychology*. Presentation to the Forensic Sciences Interest Group at Kent State University. Kent, OH.

36. **Wygant, D.B.** (2006, January). *Clinical Psychology*. Presentation to students at La Salle High School. Cincinnati, OH.

**EDITORIAL RESPONSIBILITIES**_____

Consulting Editor:  *Psychological Assessment, Assessment, Journal or Personality Assessment, Psychological Injury and the Law; Personality Disorders: Theory, Research, and Treatment*

Guest Editor:  *Journal of Psychological Practice,* Best Practices in Clinical Forensic Psychology

**TEACHING EXPERIENCE**_____

Eastern Kentucky University  *Psychotherapy & Behavior Change II* (Graduate)
*Psychopathology* (Graduate)
*Advanced Children's Assessment* (Graduate)
*Topics in Individual Differences* (Graduate)
*Personality Assessment* (Graduate)
*Practicum in Psychology (Graduate)*
Proseminar in Assessment (Graduate)
*Forensic Psychology* (Graduate & Undergraduate)
*Abnormal Psychology*
*Clinical Psychology*
*Senior Thesis*
*Research Practicum*

The University of Akron  *Advanced Psychological Tests and Measures* (Graduate)
*Psychological Tests and Measures*

Kent State University  *Psychological Interventions*
*Psychological Assessment*
*Writing in Psychology*

**MEMBERSHIPS IN PROFESSIONAL SOCIETIES**_____

- Member, American Psychological Association (APA)
  - Member, Division 12 (Society of Clinical Psychology)
  - Member, Division 12, Section IX (Assessment Psychology)
    - *Membership Chair* (2010-2019)
  - Member, Division 41 (American Psychology Law Society)
- Member, Kentucky Psychological Association (KPA)
- Fellow, Society for Personality Assessment (SPA)

updated 2/21