UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                                                   CRIMINAL ACTION NO. 3:21-CR-18-BJB

CURTIS BRADLEY                                                                            DEFENDANT

### GOVERNMENT'S RESPONSE TO DEFENDANT'S
### MOTION FOR PRESENTENCE INVESTIGATION REPORT
*ELECTRONICALLY FILED*

Comes the United States, by undersigned counsel, and states that it has no objection to the motion of the defendant, Curtis Bradley, to have the Court order that a Presentence Investigation Report be completed prior to the defendant's change of plea in this case.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

*/s/ Stephanie M. Zimdahl*
Stephanie M. Zimdahl
Christopher C. Tieke
Assistant United States Attorneys
717 West Broadway
Louisville, Kentucky 40202
(502) 582-6217
(502) 582-5097 (Fax)

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record in this case.

*/s/ Stephanie M. Zimdahl*
Stephanie M. Zimdahl
Assistant U.S. Attorney