# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA** )
)
**vs.** ) CASE NO. 3:21-CR-0018-BJB
)
**CURTIS BRADLEY** )

## MOTION TO PRESERVE PERSONAL PROPERTY

Comes the Defendant, Curtis Bradley, by and through counsel, and moves the Court to order the United States to preserve any and all personal photographs, documents, and/or any other personal materials on his electronic devices; this would specifically include family photographs. The Defendant states that all of his photos of his son are on his electronic devices and he has no backups of these items.

Wherefore, the Defendant moves the Court to order that all of the Defendant's family photographs and documents be preserved and, in addition, to order the government to download, transfer, print, or otherwise preserve said materials in a manner where the Defendant may access same.

2

Respectfully submitted,

_____/s/ Armand I. Judah_____
Armand I. Judah
Tilford Dobbins & Schmidt PLLC
401 W. Main St., Suite 1400
Louisville, KY 40202
(502) 664-9338
ajudah@tilfordlaw.com

**CERTIFICATE OF SERVICE**

This certifies that a true copy of the foregoing was filed electronically on the 30th day of July, 2021.

_/s/ Armand I. Judah__
Armand I. Judah