IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:21-CR-0018-BJB |
| | ) | |
| CURTIS BRADLEY | ) | |

## MOTION TO REMAND MOTION TO PRESERVE PERSONAL PROPERTY

Comes the Defendant, Curtis Bradley, by and through counsel, and moves the Court to remand his motion to preserve personal property (D.N. 32), without prejudice.

Respectfully submitted,

_____/s/ Armand I. Judah_____
Armand I. Judah
Tilford Dobbins & Schmidt PLLC
401 W. Main St., Suite 1400
Louisville, KY 40202
(502) 664-9338
ajudah@tilfordlaw.com

### CERTIFICATE OF SERVICE

This certifies that a true copy of the foregoing was filed electronically on the 6th day of August, 2021.

\_/s/ Armand I. Judah\_\_
Armand I. Judah