IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:21-CR-0018-BJB |
| | ) | |
| CURTIS BRADLEY | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes Armand I. Judah, CJA-appointed counsel for the Defendant, Curtis Bradley, and moves the Court to allow him to withdraw as counsel. Irreconcilable differences have arisen between counsel and Defendant and, based upon those differences, counsel cannot continue his representation.

Wherefore, the undersigned moves the Court to allow him to withdraw immediately, and further moves the Court to appoint new counsel for the Defendant.

Respectfully submitted,

_____/s/ Armand I. Judah_____
Armand I. Judah
Tilford Dobbins & Schmidt PLLC
401 W. Main St., Suite 1400
Louisville, KY 40202
(502) 664-9338
ajudah@tilfordlaw.com

1

## CERTIFICATE OF SERVICE

This certifies that a true copy of the foregoing was filed electronically on the 3rd day of September, 2021. Further, this certifies that a true copy of the foregoing was mailed to Curtis Bradley, c/o Oldham County Detention Center, 3405 W. Hwy. 146, LaGrange, KY 40031 on September 3, 2021.

_/s/ Armand I. Judah__
Armand I. Judah