UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:21-CR-00018-1

UNITED STATES OF AMERICA,                                                                 PLAINTIFF

V.

CURTIS BRADLEY                                                                             DEFENDANT

\*\*\*   \*\*\*   \*\*\*

**AMENDED NOTICE OF CHANGE OF PHYSICAL ADDRESS**

This notice is provided to the United States District Court for the Western District of Kentucky and counsel of record regarding the following change of address for the undersigned effective immediately.

Larry D. Simon
Simon Law Office
American Life Building
471 West Main Street
Suite 200
Louisville, KY 40202
(502) 589-4566 [phone]
(502) 589-3548 [fax]
Email: larrysimonlawoffice@gmail.com

Respectfully Submitted,

 /s/ Larry D. Simon
**LARRY D. SIMON
471 West Main Street
Suite 200
Louisville, KY 40202
(502) 589-4566 [phone]
(502) 589-3548 [fax]
Email: larrysimonlawoffice@gmail.com**

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was this 7th day of March, 2022, conveyed electronically through the Court's ECF system that will give notice to counsel of record.

/s/ Larry D. Simon
LARRY D. SIMON
