UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:21-CR-00018-BJB-1

UNITED STATES OF AMERICA,                                                                  PLAINTIFF

V.                                                                                **Electronically Filed**

CURTIS BRADLEY                                                                             DEFENDANT

\*\*\*   \*\*\*   \*\*\*

## NOTICE OF APPEAL

Notice is hereby given that Curtis Bradley, Defendant in the above styled case, pursuant to Rules 3 and 24(a)(3) of Appellate Procedure, hereby appeals the Judgment and Sentence imposed by the District Court in its Judgment entered March 8, 2022 [DN 63], to the United States Circuit Court of Appeals for the Sixth Circuit.

Respectfully submitted,

**/s/  Larry D. Simon**
Larry D. Simon
Attorney for Curtis Bradley
American Life Building
471 West Main Street – Suite 200
Louisville, KY 40202
(502) 589-4566
larrysimonlawoffice@gmail.com

## CERTIFICATE OF SERVICE

It is certified that a copy of the foregoing Notice of Appeal was electronically sent via CM/ECF this 22nd day of March, 2022, to counsel of record.

/s/Larry D. Simon\
Larry D. Simon
