# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 7, 2023

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Mar 08, 2023
DEBORAH S. HUNT, Clerk

Re:  Curtis Bradley
     v. United States
     No. 22-6953
     (Your No. 22-5218)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 4, 2023 and placed on the docket March 7, 2023 as No. 22-6953.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst